# Exhibit A

## ORIGINAL MIRAMAX COMPANY FILMS 1980—1993

| RELEASE DATE | TITLE |
|---|---|
| November 1, 1980 | *Rockshow* |
| October 31, 1981 | *Spaced Out* |
| May 8, 1981 | *The Burning* |
| January 1, 1982 | *The Secret Policeman's Other Ball* |
| May 2, 1983 | *Eréndira* |
| April 13, 1983 | *Édith et Marcel* |
| July 10, 1984 | *B.C. Rock* |
| June 20, 1985 | *Crossover Dreams* |
| May 1, 1986 | *The Quest* |
| October 3, 1986 | *Playing for Keeps* |
| March 1987 | *Ghost Fever* |
| March 31, 1987 | *Working Girls* |
| September 11, 1987 | *I've Heard the Mermaids Singing* |
| January 28, 1988 | *Light Years* |
| May 15, 1988 | *Mio in the Land of Faraway* |
| August 25, 1988 | *The Thin Blue Line* |
| July 20, 1988 | *Aria* |
| August 18, 1989 | *Sex, Lies, and Videotape* |
| November 10, 1989 | *My Left Foot* |
| January 26, 1990 | *Strike It Rich* |
| February 23, 1990 | *Cinema Paradiso* |
| April 6, 1990 | *The Cook, the Thief, His Wife & Her Lover* |
| May 4, 1990 | *Tie Me Up! Tie Me Down!* |
| August 31, 1990 | *The Lemon Sisters* |
| September 14, 1990 | *Hardware* |
| September 21, 1990 | *The Tall Guy* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| October 26, 1990 | *The Nasty Girl* |
| November 9, 1990 | *The Krays* |
| November 23, 1990 | *Mr. and Mrs. Bridge* |
| December 5, 1990 | *The Grifters* |
| December 21, 1990 | *The Long Walk Home* |
| March 6, 1991 | *Ju Dou* |
| March 13, 1991 | *Paris Is Burning* |
| April 26, 1991 | *Dancin' thru the Dark* |
| April 26, 1991 | *Journey of Hope* |
| May 3, 1991 | *A Rage in Harlem* |
| May 24, 1991 | *Madonna: Truth or Dare* |
| May 31, 1991 | *Ambition* |
| May 31, 1991 | *Everybody's Fine* |
| June 28, 1991 | *The Reflecting Skin* |
| July 3, 1991 | *The Miracle* |
| August 9, 1991 | *Crossing the Line* |
| August 23, 1991 | *Pastime* |
| August 30, 1991 | *The Pope Must Die* |
| October 30, 1991 | *A Grande Arte* |
| November 15, 1991 | *Prospero's Books* |
| November 22, 1991 | *The Double Life of Veronique* |
| December 20, 1991 | *High Heels* |
| December 27, 1991 | *Hear My Song* |
| January 24, 1992 | *Love Crimes* |
| March 22, 1992 | *Mediterraneo* |
| April 3, 1992 | *Delicatessen* |
| May 1, 1992 | *K2* |
| June 26, 1992 | *Incident at Oglala* |
| July 31, 1992 | *Enchanted April* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| August 14, 1992 | *Johnny Suede* |
| August 28, 1992 | *Freddie as F.R.O.7* |
| September 4, 1992 | *Bob Roberts* |
| September 18, 1992 | *Sarafina!* |
| October 9, 1992 | *Breaking the Rules* |
| October 23, 1992 | *Reservoir Dogs* |
| October 30, 1992 | *Close to Eden* |
| November 6, 1992 | *The Efficiency Expert* |
| November 6, 1992 | *Sumo Do, Sumo Don't* |
| November 25, 1992 | *The Crying Game* |
| December 11, 1992 | *Passion Fish* |
| February 12, 1993 | *Strictly Ballroom* |
| February 17, 1993 | *Like Water for Chocolate* |
| March 12, 1993 | *Ethan Frome* |
| March 19, 1993 | *Just Another Girl on the I.R.T.* |
| March 26, 1993 | *The Opposite Sex and How to Live with Them* |
| April 23, 1993 | *Map of the Human Heart* |
| April 30, 1993 | *The Night We Never Met* |
| June 25, 1993 | *House of Cards* |
| July 16, 1993 | *Benefit of the Doubt* |
| July 30, 1993 | *Tom and Jerry: The Movie* |
| August 13, 1993 | *Especially on Sunday* |
| September 17, 1993 | *Into the West* |
| October 13, 1993 | *Dust Devil* |
| October 15, 1993 | *Farewell My Concubine* |
| October 29, 1993 | *Deception* |
| November 12, 1993 | *The Piano* |
| December 3, 1993 | *The Snapper* |
| December 5, 1993 | *Three Colours: Blue* |

**EXHIBIT A**

**MIRAMAX COMPANY FILMS 1993—2010**

| RELEASE DATE | TITLE |
|---|---|
| February 12, 1993 | *Strictly Ballroom* |
| February 17, 1993 | *Like Water for Chocolate* |
| March 12, 1993 | *Ethan Frome* |
| March 19, 1993 | *Just Another Girl on the I.R.T.* |
| March 26, 1993 | *The Opposite Sex and How to Live with Them* |
| April 23, 1993 | *Map of the Human Heart* |
| April 30, 1993 | *The Night We Never Met* |
| June 25, 1993 | *House of Cards* |
| July 16, 1993 | *Benefit of the Doubt* |
| July 30, 1993 | *Tom and Jerry: The Movie* |
| August 13, 1993 | *Especially on Sunday* |
| September 17, 1993 | *Into the West* |
| October 13, 1993 | *Dust Devil* |
| October 15, 1993 | *Farewell My Concubine* |
| October 29, 1993 | *Deception* |
| November 12, 1993 | *The Piano* |
| December 3, 1993 | *The Snapper* |
| December 5, 1993 | *Three Colours: Blue* |
| February 18, 1994 | *Three Colours: White* |
| March 18, 1994 | *Mother's Boys* |
| April 1, 1994 | *The House of the Spirits* |
| May 11, 1994 | *The Crow* |
| May 23, 1994 | *Desperate Remedies* |
| May 25, 1994 | *Little Buddha* |
| July 15, 1994 | *Ciao, Professore!* |
| August 24, 1994 | *Fresh* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| October 14, 1994 | *Pulp Fiction* |
| October 19, 1994 | *Clerks* |
| November 3, 1994 | *Sirens* |
| November 16, 1994 | *Heavenly Creatures* |
| November 23, 1994 | *Mrs. Parker and the Vicious Circle* |
| November 25, 1994 | *Camilla* |
| December 2, 1994 | *Tom & Viv* |
| December 9, 1994 | *Queen Margot* |
| December 25, 1994 | *Ready to Wear* |
| December 25, 1994 | *Three Colours: Red* |
| January 18, 1995 | *Bullets over Broadway* |
| January 20, 1995 | *Strawberry and Chocolate* |
| February 17, 1995 | *Through the Olive Trees* |
| March 3, 1995 | *Exotica* |
| March 10, 1995 | *Muriel's Wedding* |
| March 24, 1995 | *Priest* |
| April 11, 1995 | *Roadflower* |
| May 5, 1995 | *Picture Bride* |
| May 12, 1995 | *The Englishman Who Went up a Hill but Came down a Mountain* |
| May 12, 1995 | *Gordy* |
| June 2, 1995 | *The Glass Shield* |
| June 9, 1995 | *Smoke* |
| June 14, 1995 | *Il Postino: The Postman* |
| July 7, 1995 | *The Crude Oasis* |
| July 12, 1995 | *Grosse Fatigue* |
| July 28, 1995 | *Country Life* |
| July 28, 1995 | *Kids* |
| August 11, 1995 | *Unzipped* |
| August 25, 1995 | *The Thief and the Cobbler* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| September 1, 1995 | *The Innocent* |
| September 22, 1995 | *A Month by the Lake* |
| October 6, 1995 | *The Horseman on the Roof* |
| October 13, 1995 | *Blue in the Face* |
| November 9, 1995 | *The Star Maker* |
| November 16, 1995 | *The Crossing Guard* |
| November 22, 1995 | *Two Bits* |
| December 1, 1995 | *Things to Do in Denver When You're Dead* |
| December 8, 1995 | *Georgia* |
| December 15, 1995 | *Cry, the Beloved Country* |
| December 25, 1995 | *Four Rooms* |
| December 29, 1995 | *Restoration* |
| January 11, 1996 | *Mighty Aphrodite* |
| January 12, 1996 | *Don't Be a Menace to South Central While Drinking Your Juice in the Hood* |
| January 19, 1996 | *French Twist* |
| January 26, 1996 | *The Journey of August King* |
| February 2, 1996 | *The NeverEnding Story III: Escape from Fantasia* |
| February 9, 1996 | *Beautiful Girls* |
| March 8, 1996 | *Chungking Express* |
| March 22, 1996 | *Flirting with Disaster* |
| April 3, 1996 | *Faithful* |
| April 12, 1996 | *Jane Eyre* |
| April 26, 1996 | *The Stendhal Syndrome* |
| May 3, 1996 | *Captives* |
| May 3, 1996 | *The Pallbearer* |
| May 10, 1996 | *Dead Man* |
| May 10, 1996 | *Of Love and Shadows* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| July 17, 1996 | *Walking and Talking* |
| July 19, 1996 | *Trainspotting* |
| July 26, 1996 | *Billy's Holiday* |
| August 2, 1996 | *Emma* |
| August 9, 1996 | *Basquiat* |
| September 17, 1996 | *Hidden Assassin* |
| September 27, 1996 | *Curdled* |
| October 9, 1996 | *Microcosmos* |
| October 11, 1996 | *Hard Core Logo* |
| October 18, 1996 | *Swingers* |
| November 15, 1996 | *Miracle at Oxford* |
| November 22, 1996 | *Ridicule* |
| November 27, 1996 | *Sling Blade* |
| December 6, 1996 | *The English Patient* |
| December 13, 1996 | *Citizen Ruth* |
| December 13, 1996 | *Victory* |
| December 18, 1996 | *Marvin's Room* |
| January 3, 1997 | *Everyone Says I Love You* |
| January 17, 1997 | *Albino Alligator* |
| January 24, 1997 | *Kolya* |
| February 14, 1997 | *Unhook the Stars* |
| March 5, 1997 | *Rhyme & Reason* |
| March 14, 1997 | *The Substance of Fire* |
| April 4, 1997 | *Chasing Amy* |
| April 11, 1997 | *Cosi* |
| April 30, 1997 | *Children of the Revolution* |
| May 23, 1997 | *Addicted to Love* |
| May 23, 1997 | *Brassed Off* |
| June 6, 1997 | *Squeeze* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| June 12, 1997 | *Robinson Crusoe* |
| June 13, 1997 | *Temptress Moon* |
| July 11, 1997 | *Shall We Dance?* |
| July 18, 1997 | *Her Majesty, Mrs. Brown* |
| August 1, 1997 | *Love Serenade* |
| August 15, 1997 | *Cop Land* |
| August 27, 1997 | *She's So Lovely* |
| September 5, 1997 | *Mouth to Mouth* |
| October 10, 1997 | *The House of Yes* |
| November 7, 1997 | *The Wings of the Dove* |
| November 26, 1997 | *Welcome to Sarajevo* |
| December 3, 1997 | *Office Killer* |
| December 5, 1997 | *Good Will Hunting* |
| December 20, 1997 | *Life Is Beautiful* |
| December 25, 1997 | *Jackie Brown* |
| December 25, 1997 | *Wishful Thinking* |
| December 25, 1997 | *Shades of Fear* |
| January 19, 1998 | *Jerry and Tom* |
| January 30, 1998 | *Four Days in September* |
| February 20, 1998 | *Little City* |
| March 14, 1998 | *God Said Ha!* |
| March 20, 1998 | *Wide Awake* |
| March 27, 1998 | *A Price Above Rubies* |
| April 10, 1998 | *The Big One* |
| April 10, 1998 | *Sonatine* |
| April 10, 1998 | *Summer Fling* |
| April 18, 1998 | *Since You've Been Gone* |
| April 24, 1998 | *Sliding Doors* |
| April 24, 1998 | *The Truce* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| May 8, 1998 | *Artemisia* |
| June 5, 1998 | *Beyond Silence* |
| June 16, 1998 | *The Rage* |
| June 19, 1998 | *Hav Plenty* |
| June 26, 1998 | *Smoke Signals* |
| August 7, 1998 | *Telling You* |
| August 21, 1998 | *Next Stop Wonderland* |
| August 28, 1998 | *54* |
| September 4, 1998 | *All I Wanna Do* |
| September 4, 1998 | *Firelight* |
| September 10, 1998 | *With Friends Like These...* |
| September 11, 1998 | *Rounders* |
| September 25, 1998 | *Monument Ave.* |
| October 9, 1998 | *The Mighty* |
| October 30, 1998 | *Talk of Angels* |
| November 6, 1998 | *Velvet Goldmine* |
| November 20, 1998 | *Celebrity* |
| December 4, 1998 | *Little Voice* |
| December 11, 1998 | *Shakespeare in Love* |
| December 18, 1998 | *Playing by Heart* |
| December 25, 1998 | *Down in the Delta* |
| December 25, 1998 | *Sweet Revenge* |
| January 22, 1999 | *Children of Heaven* |
| January 24, 1999 | *Get Bruce* |
| January 29, 1999 | *She's All That* |
| March 12, 1999 | *Comedian Harmonists* |
| March 26, 1999 | *A Walk on the Moon* |
| May 7, 1999 | *The Castle* |
| June 18, 1999 | *An Ideal Husband* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| June 25, 1999 | *My Son the Fanatic* |
| June 25, 1999 | *Rogue Trader* |
| July 2, 1999 | *The Lovers on the Bridge* |
| July 23, 1999 | *My Life So Far* |
| August 27, 1999 | *The Very Thought of You* |
| September 1, 1999 | *Outside Providence* |
| September 10, 1999 | *B. Monkey* |
| September 24, 1999 | *Guinevere* |
| October 1, 1999 | *Happy, Texas* |
| October 8, 1999 | *The Grandfather* |
| October 29, 1999 | *Music of the Heart* |
| October 29, 1999 | *Princess Mononoke* |
| November 19, 1999 | *Mansfield Park* |
| December 1, 1999 | *Spanish Fly* |
| December 3, 1999 | *Holy Smoke!* |
| December 10, 1999 | *The Cider House Rules* |
| December 10, 1999 | *Diamonds* |
| December 25, 1999 | *The Talented Mr. Ripley* |
| January 21, 2000 | *Down to You* |
| April 14, 2000 | *East is East* |
| April 18, 2000 | *Committed* |
| May 5, 2000 | *Human Traffic* |
| May 12, 2000 | *Hamlet* |
| June 9, 2000 | *Love's Labour's Lost* |
| June 16, 2000 | *Butterfly's Tongue* |
| September 1, 2000 | *Highlander: Endgame* |
| October 20, 2000 | *The Yards* |
| November 15, 2000 | *Bounce* |
| December 1, 2000 | *A Hard Day's Night* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| December 25, 2000 | *All the Pretty Horses* |
| December 25, 2000 | *Malèna* |
| December 25, 2000 | *Vatel* |
| January 5, 2001 | *Chocolat* |
| February 9, 2001 | *The Taste of Others* |
| March 7, 2001 | *Blow Dry* |
| March 9, 2001 | *Get Over It* |
| April 13, 2001 | *Bridget Jones's Diary* |
| May 11, 2001 | *Calle 54* |
| May 18, 2001 | *About Adam* |
| June 8, 2001 | *The Son's Room* |
| June 14, 2001 | *Tears of the Black Tiger* |
| June 29, 2001 | *The Closet* |
| June 29, 2001 | *Everybody's Famous!* |
| August 3, 2001 | *Apocalypse Now Redux* |
| August 10, 2001 | *The Others* |
| August 17, 2001 | *Captain Corelli's Mandolin* |
| August 24, 2001 | *Jay and Silent Bob Strike Back* |
| September 7, 2001 | *The Musketeer* |
| October 5, 2001 | *Serendipity* |
| October 12, 2001 | *Iron Monkey* |
| October 26, 2001 | *On the Line* |
| October 26, 2001 | *Daddy and Them* |
| November 16, 2001 | *Amélie* |
| December 7, 2001 | *Baran* |
| December 12, 2001 | *Behind the Sun* |
| December 13, 2001 | *Piñero* |
| December 14, 2001 | *Iris* |
| December 25, 2001 | *In the Bedroom* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| December 25, 2001 | *Kate & Leopold* |
| January 11, 2002 | *The Shipping News* |
| January 18, 2002 | *Italian for Beginners* |
| February 1, 2002 | *Birthday Girl* |
| March 1, 2002 | *40 Days and 40 Nights* |
| March 22, 2002 | *Stolen Summer* |
| April 19, 2002 | *Enigma* |
| April 19, 2002 | *Lucky Break* |
| May 17, 2002 | *The Importance of Being Earnest* |
| August 2, 2002 | *Tadpole* |
| August 2, 2002 | *Full Frontal* |
| August 23, 2002 | *Undisputed* |
| September 20, 2002 | *The Four Feathers* |
| October 4, 2002 | *Heaven* |
| October 11, 2002 | *Comedian* |
| October 11, 2002 | *Pokémon 4Ever* |
| October 18, 2002 | *Naqoyqatsi* |
| October 25, 2002 | *Frida* |
| October 25, 2002 | *Paid in Full* |
| October 25, 2002 | *Waking Up in Reno* |
| November 15, 2002 | *Ararat* |
| November 29, 2002 | *Rabbit-Proof Fence* |
| December 20, 2002 | *Gangs of New York* |
| December 25, 2002 | *Pinocchio* |
| December 25, 2002 | *Speakeasy* |
| December 27, 2002 | *Chicago* |
| December 31, 2002 | *Confessions of a Dangerous Mind* |
| January 17, 2003 | *City of God* |
| January 24, 2003 | *The Hours* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| February 7, 2003 | *The Quiet American* |
| February 14, 2003 | *Gerry* |
| March 12, 2003 | *View from the Top* |
| April 4, 2003 | *Dysfunktional Family* |
| April 25, 2003 | *People I Know* |
| May 2, 2003 | *Blue Car* |
| May 16, 2003 | *Pokémon Heroes* |
| June 13, 2003 | *Jet Lag* |
| July 18, 2003 | *Dirty Pretty Things* |
| July 25, 2003 | *Buffalo Soldiers* |
| August 1, 2003 | *The Magdalene Sisters* |
| August 22, 2003 | *The Battle of Shaker Heights* |
| September 16, 2003 | *Bionicle: Mask of Light* |
| September 26, 2003 | *Duplex* |
| October 3, 2003 | *The Station Agent* |
| October 10, 2003 | *Kill Bill: Volume 1* |
| October 31, 2003 | *The Human Stain* |
| November 14, 2003 | *Master and Commander: The Far Side of the World* |
| November 21, 2003 | *The Barbarian Invasions* |
| December 25, 2003 | *Cold Mountain* |
| January 9, 2004 | *My Baby's Daddy* |
| February 27, 2004 | *Dirty Dancing: Havana Nights* |
| March 26, 2004 | *Jersey Girl* |
| April 2, 2004 | *Shaolin Soccer* |
| April 9, 2004 | *Ella Enchanted* |
| April 9, 2004 | *I'm Not Scared* |
| April 9, 2004 | *You Can't Stop the Murders* |
| April 16, 2004 | *Kill Bill: Volume 2* |
| May 7, 2004 | *Valentín* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| June 1, 2004 | *Pokémon: Jirachi Wish Maker* |
| June 4, 2004 | *Zatōichi* |
| July 28, 2004 | *Garden State* |
| August 27, 2004 | *Hero* |
| September 24, 2004 | *Infernal Affairs* |
| October 15, 2004 | *Shall We Dance?* |
| October 19, 2004 | *Bionicle 2: Legends of Metru Nui* |
| October 21, 2004 | *Chestnut: Hero of Central Park* |
| November 19, 2004 | *Bridget Jones: The Edge of Reason* |
| November 24, 2004 | *Finding Neverland* |
| December 22, 2004 | *The Chorus* |
| December 25, 2004 | *Darkness* |
| December 25, 2004 | *The Aviator* |
| February 11, 2005 | *Bride and Prejudice* |
| February 15, 2005 | *Pokémon: Destiny Deoxys* |
| February 25, 2005 | *Cursed* |
| March 2, 2005 | *The Best of Youth* |
| March 4, 2005 | *Dear Frankie* |
| March 11, 2005 | *Hostage* |
| May 6, 2005 | *Twin Sisters* |
| June 3, 2005 | *Cinderella Man* |
| July 15, 2005 | *The Warrior* |
| August 5, 2005 | *Secuestro Express* |
| August 12, 2005 | *The Great Raid* |
| August 26, 2005 | *The Brothers Grimm* |
| September 2, 2005 | *Underclassman* |
| September 9, 2005 | *An Unfinished Life* |
| September 25, 2005 | *Daltry Calhoun* |
| September 30, 2005 | *Proof* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| October 11, 2005 | *Bionicle 3: Web of Shadows* |
| November 4, 2005 | *Show Me* |
| November 11, 2005 | *Derailed* |
| November 12, 2005 | *Undertaking Betty* |
| December 30, 2005 | *The Matador* |
| February 24, 2006 | *Spymate* |
| February 24, 2006 | *Tsotsi* |
| April 14, 2006 | *Kinky Boots* |
| April 14, 2006 | *Scary Movie 4* |
| May 12, 2006 | *Keeping Up with the Steins* |
| July 7, 2006 | *The Heart of the Game* |
| August 4, 2006 | *The Night Listener* |
| September 8, 2006 | *Hollywoodland* |
| September 22, 2006 | *Renaissance* |
| October 6, 2006 | *The Queen* |
| December 21, 2006 | *Venus* |
| January 26, 2007 | *Breaking and Entering* |
| March 30, 2007 | *The Lookout* |
| April 6, 2007 | *The Hoax* |
| June 15, 2007 | *The Golden Door* |
| June 15, 2007 | *Eagle vs Shark* |
| July 27, 2007 | *No. 2* |
| August 10, 2007 | *Becoming Jane* |
| October 19, 2007 | *Gone Baby Gone* |
| November 21, 2007 | *No Country for Old Men* |
| November 30, 2007 | *The Diving Bell and the Butterfly* |
| December 26, 2007 | *There Will Be Blood* |
| February 29, 2008 | *City of Men* |
| April 11, 2008 | *Smart People* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
| --- | --- |
| May 16, 2008 | *Reprise* |
| July 25, 2008 | *Brideshead Revisited* |
| October 3, 2008 | *Blindness* |
| October 10, 2008 | *Happy-Go-Lucky* |
| November 28, 2008 | *The Boy in the Striped Pyjamas* |
| December 25, 2008 | *Doubt* |
| February 21, 2009 | *Dean Spanley* |
| April 3, 2009 | *Adventureland* |
| June 26, 2009 | *Chéri* |
| September 4, 2009 | *Extract* |
| September 25, 2009 | *The Boys Are Back* |
| December 4, 2009 | *Everybody's Fine* |
| August 20, 2010 | *The Switch* |
| December 10, 2010 | *The Tempest* |

### WEINSTEIN COMPANY FILMS 2005—2017

| RELEASE DATE | TITLE |
| --- | --- |
| November 11, 2005 | *Derailed* |
| November 25, 2005 | *The Libertine* |
| December 23, 2005 | *Transamerica* |
| December 25, 2005 | *Mrs. Henderson Presents* |
| December 30, 2005 | *The Matador* |
| January 13, 2006 | *Hoodwinked!* |
| February 24, 2006 | *Doogal* |
| April 7, 2006 | *Lucky Number Slevin* |
| April 14, 2006 | *Scary Movie 4* |
| June 23, 2006 | *Wordplay* |
| July 21, 2006 | *Clerks II* |
| August 11, 2006 | *Pulse* |
| September 8, 2006 | *The Protector* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| September 22, 2006 | *Feast* |
| September 29, 2006 | *School for Scoundrels* |
| October 6, 2006 | *Stormbreaker* |
| November 10, 2006 | *Shut Up & Sing* |
| November 16, 2006 | *Fast Food Nation* |
| November 23, 2006 | *Bobby* |
| December 25, 2006 | *Black Christmas* |
| December 29, 2006 | *Factory Girl* |
| December 29, 2006 | *Miss Potter* |
| January 12, 2007 | *Arthur and the Invisibles* |
| January 17, 2007 | *Alone with Her* |
| February 9, 2007 | *Breaking and Entering* |
| February 9, 2007 | *Hannibal Rising* |
| March 16, 2007 | *Nomad* |
| March 23, 2007 | *TMNT* |
| April 6, 2007 | *Grindhouse (Planet Terror & Death Proof)* |
| May 11, 2007 | *The Ex* |
| June 15, 2007 | *DOA: Dead or Alive* |
| June 22, 2007 | *1408* |
| June 22, 2007 | *Sicko* |
| June 22, 2007 | *Black Sheep* |
| July 27, 2007 | *Who's Your Caddy?* |
| August 24, 2007 | *Dedication* |
| August 24, 2007 | *The Nanny Diaries* |
| August 31, 2007 | *Halloween* |
| September 5, 2007 | *I Want Someone to Eat Cheese With* |
| September 14, 2007 | *The Hunting Party* |
| November 21, 2007 | *The Mist* |
| November 30, 2007 | *Awake* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| December 25, 2007 | *The Great Debaters* |
| January 18, 2008 | *Cassandra's Dream* |
| January 25, 2008 | *Rambo* |
| March 19, 2008 | *La Misma Luna* |
| March 28, 2008 | *Superhero Movie* |
| April 18, 2008 | *The Forbidden Kingdom* |
| April 25, 2008 | *Rogue* |
| June 6, 2008 | *The Promotion* |
| July 23, 2008 | *Boy A* |
| August 8, 2008 | *Hell Ride* |
| August 15, 2008 | *Vicky Cristina Barcelona* |
| August 22, 2008 | *The Longshots* |
| September 19, 2008 | *Elite Squad* |
| October 31, 2008 | *Zack and Miri Make a Porno* |
| November 7, 2008 | *Soul Men* |
| January 23, 2009 | *Outlander* |
| January 23, 2009 | *Killshot* |
| January 30, 2009 | *The Reader* |
| February 6, 2009 | *Fanboys* |
| February 27, 2009 | *Crossing Over* |
| August 21, 2009 | *Inglourious Basterds* |
| August 28, 2009 | *Halloween II* |
| September 11, 2009 | *A Single Man* |
| October 2, 2009 | *Capitalism: A Love Story* |
| October 16, 2009 | *Janky Promoters* |
| November 25, 2009 | *The Road* |
| December 18, 2009 | *Nine* |
| January 8, 2010 | *Youth in Revolt* |
| February 9, 2010 | *Hurricane Season* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| May 5, 2010 | *Shelter* |
| July 30, 2010 | *Le Concert* |
| August 20, 2010 | *Piranha 3D* |
| August 20, 2010 | *The Tillman Story* |
| October 8, 2010 | *Nowhere Boy* |
| December 3, 2010 | *All Good Things* |
| December 10, 2010 | *The Fighter* |
| December 24, 2010 | *The King's Speech* |
| December 31, 2010 | *Blue Valentine* |
| January 21, 2011 | *The Company Men* |
| March 25, 2011 | *Miral* |
| April 15, 2011 | *Scream 4* |
| April 29, 2011 | *Hoodwinked Too! Hood vs. Evil* |
| June 3, 2011 | *Submarine* |
| July 22, 2011 | *Sarah's Key* |
| August 19, 2011 | *Spy Kids: All the Time in the World* |
| August 26, 2011 | *Our Idiot Brother* |
| September 2, 2011 | *Apollo 18* |
| September 16, 2011 | *I Don't Know How She Does It* |
| October 7, 2011 | *Dirty Girl* |
| November 25, 2011 | *My Week with Marilyn* |
| November 25, 2011 | *The Artist* |
| December 30, 2011 | *The Iron Lady* |
| January 20, 2012 | *Coriolanus* |
| February 3, 2012 | *W.E.* |
| February 17, 2012 | *Undefeated* |
| March 30, 2012 | *Bully* |
| May 25, 2012 | *The Intouchables* |
| June 1, 2012 | *Piranha 3DD* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| August 31, 2012 | *Lawless* |
| September 14, 2012 | *The Master* |
| October 5, 2012 | *Butter* |
| November 2, 2012 | *This Must Be the Place* |
| November 16, 2012 | *Silver Linings Playbook* |
| November 30, 2012 | *Killing Them Softly* |
| December 25, 2012 | *Django Unchained* |
| February 15, 2013 | *Escape from Planet Earth* |
| February 22, 2013 | *Dark Skies* |
| March 1, 2013 | *Quartet* |
| March 22, 2013 | *The Sapphires* |
| April 12, 2013 | *Scary Movie 5* |
| July 12, 2013 | *Fruitvale Station* |
| August 16, 2013 | *The Butler* |
| August 23, 2013 | *The Grandmaster* |
| November 22, 2013 | *Philomena* |
| November 29, 2013 | *Mandela: Long Walk to Freedom* |
| December 27, 2013 | *August: Osage County* |
| January 17, 2014 | *The Nut Job* |
| February 7, 2014 | *Vampire Academy* |
| April 4, 2014 | *On the Other Side of the Tracks* |
| April 11, 2014 | *The Railway Man* |
| May 16, 2014 | *The Immigrant* |
| June 27, 2014 | *Begin Again* |
| August 15, 2014 | *The Giver* |
| August 22, 2014 | *Sin City: A Dame to Kill For* |
| September 12, 2014 | *The Disappearance of Eleanor Rigby* |
| September 19, 2014 | *Tracks* |
| October 10, 2014 | *One Chance* |

**EXHIBIT A**

| RELEASE DATE | TITLE |
|---|---|
| October 24, 2014 | *St. Vincent* |
| November 21, 2014 | *The Imitation Game* |
| December 25, 2014 | *Big Eyes* |
| January 16, 2015 | *Paddington* |
| March 13, 2015 | *Eva* |
| April 1, 2015 | *Woman in Gold* |
| July 24, 2015 | *Southpaw* |
| July 31, 2015 | *The Young and Prodigious T.S. Spivet* |
| August 26, 2015 | *No Escape* |
| October 30, 2015 | *Burnt* |
| November 20, 2015 | *Carol* |
| December 4, 2015 | *Macbeth* |
| December 25, 2015 | *The Hateful Eight* |
| January 29, 2016 | *Jane Got a Gun* |
| February 5, 2016 | *Regression* |
| February 26, 2016 | *Crouching Tiger, Hidden Dragon: Sword of Destiny* |
| April 15, 2016 | *Sing Street* |
| August 26, 2016 | *Hands of Stone* |
| September 16, 2016 | *Wild Oats* |
| November 25, 2016 | *Lion* |
| January 20, 2017 | *The Founder* |
| January 27, 2017 | *Gold* |
| May 5, 2017 | *3 Generations* |
| August 4, 2017 | *Wind River* |
| August 11, 2017 | *The Nut Job 2: Nutty by Nature* |
| August 25, 2017 | *Leap!* |
| September 1, 2017 | *Tulip Fever* |

**EXHIBIT A**

**EXHIBIT A**