# SEYFARTH SHAW

Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5965

Writer's e-mail
gmaatman@seyfarth.com

December 19, 2017

**VIA ECF**

The Honorable Alvin K. Hellerstein
U.S. District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *Geiss, et al. v. The Weinstein Company Holdings LLC, et al.*, **Case No. 17 CIV 09554 (AKH)**

Dear Judge Hellerstein,

    We represent The Weinstein Company Holdings LLC ("TWC") in the above-referenced matter. We write respectfully to request a four week extension of time—from January 2 to January 30, 2018—for TWC to answer or otherwise respond to Plaintiffs' Complaint. The extension is needed so that TWC will have adequate time to investigate the allegations in the Complaint and to prepare its response to Plaintiffs' 77 page, 300 paragraph Complaint, which includes allegations dating back nearly 25 years. Additionally, given the holidays, numerous individuals with relevant information are on vacation or are otherwise unavailable over the next few weeks. We have consulted with Plaintiffs' counsel regarding the request, and they have no objection to the extension. No prior request for an extension has been made, and no other deadlines will be affected by this request, as no dates have been scheduled yet in this matter.

                                      Very truly yours,

                                      SEYFARTH SHAW LLP

                                      */s/ Gerald L. Maatman, Jr.*

                                      Gerald L. Maatman, Jr.

cc:    All Counsel of Record via ECF

WASHINGTON, D.C. | SYDNEY | SHANGHAI | SAN FRANCISCO | SACRAMENTO | NEW YORK | MELBOURNE | LOS ANGELES | LONDON | HONG KONG | HOUSTON | CHICAGO | BOSTON | ATLANTA

43359695v.1