**Marvin S. Putnam**
Direct Dial: (424) 653-5588
marvin.putnam@lw.com

10250 Constellation Blvd., Suite 1100
Los Angeles, California  90067
Tel: +1.424.653.5500  Fax: +1.424.653.5501
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

December 21, 2017

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 1050
New York, NY  10007

Re:   *Geiss et al v. The Weinstein Company Holdings LLC et al.* – No. 17 Civ. 09554 (AKH)

Dear Judge Hellerstein:

In our capacity as counsel for defendants Miramax LLC, Miramax Film NY LLC, and Miramax Film Corp. (collectively, the "Miramax defendants") in the above-captioned action, we write to respectfully request an extension of time for Miramax Film NY LLC and Miramax Film Corp. to answer or otherwise respond to plaintiffs' Complaint from January 2, 2018 to February 20, 2018.  Plaintiffs served Miramax Film NY LLC and Miramax Film Corp. through their agent for service of process in New York on December 11, 2017.  On December 20, 2017, we agreed to waive service on behalf of Miramax LLC, a California limited liability company, which extends Miramax LLC's deadline to answer or otherwise respond to plaintiffs' Complaint to February 20, 2018.  (*See* Dkt. 17.)  For efficiency purposes and to promote judicial economy, we respectfully request that the Court extend the deadline for Miramax Film NY LLC and Miramax Film Corp. to February 20, 2018, to permit one consolidated response date for all three Miramax defendants.  Due to the length and complexity of plaintiffs' 300 paragraph Complaint, which includes allegations going back decades, this extension will also provide additional time for the Miramax defendants to investigate the allegations in the Complaint and prepare their response.

We have consulted with plaintiffs' counsel regarding this request, and they have no objection to the extension.  No prior requests for extensions have been made.  No other deadlines will be affected by this request, as no dates have been scheduled yet in this matter.  Thank you for your consideration of this request.

Respectfully submitted,

/s/ Marvin S. Putnam
Marvin S. Putnam
of LATHAM & WATKINS LLP

cc:   All Counsel of Record via ECF