UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>   - against -<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>                    Defendants. | No. 17 Civ. 09554-AKH |

-----------------------------------------------------------------x

## DEFENDANT THE WEINSTEIN COMPANY HOLDINGS, LLC'S NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss and Motion to Strike the Class Allegations, Defendant The Weinstein Company Holdings, LLC ("Defendant") will move this Court on a date and at a time designated by the Court, before the Honorable Alvin K. Hellerstein, United States District Judge, Southern District of New York, at 500 Pearl Street, New York, New York, for an order pursuant to Rules 12(b)(6), 12(f), and 23(d)(1)(D) of the Federal Rules of Civil Procedure to Dismiss the Complaint and Strike the Class Allegations in the Complaint against TWC, and granting such other relief as the Court may deem just and proper.

2

Dated: New York, New York
February 20, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Gerald L. Maatman, Jr.*
    Gerald L. Maatman, Jr.
    gmaatman@seyfarth.com
    Lynn Kappelman
    lkappelman@seyfarth.com
    Lorie Almon
    lalmon@seyfarth.com
    Scott Rabe
    srabe@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

    *Attorneys for Defendant*
    *The Weinstein Company Holdings, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on this date, a true and correct copy of the foregoing was served, via ECF to the following counsel:

>Jason Zweig
>Hagens Berman Sobol Shapiro LLP
>555 Fifth Avenue, Suite 1700
>New York, NY 10017
>
>Steve W. Berman
>Shelby Smith
>Hagens Berman Sobol Shapiro LLP
>1918 Eighth Avenue, Suite 3300
>Seattle, WA 98101
>
>Elizabeth A. Fegan
>Emily Brown
>Hagens Berman Sobol Shapiro LLP
>455 N. Cityfront Plaza Dr., Suite 2410
>Chicago, IL 60611
>
>Robert B. Carey
>Hagens Berman Sobol Shapiro LLP
>11 West Jefferson Street, Suite 1000
>Phoenix, Arizona 85003
>
>M. Cris Armenta
>Credence E. Sol
>The Armenta Law Firm, APC
>1230 Rosecrans Ave., Suite 300
>Manhattan Beach, CA 90266
>
>Marvin S. Putnam
>Latham & Watkins LLP (LA)
>355 South Grand Avenue
>Los Angeles, CA  90071
>
>Brad S. Karp
>Roberto Finzi
>Sara Nichols
>Paul, Weiss, Rifkind, Wharton & Garrison LLP
>1285 Avenue of the Americas
>New York, New York  10019

43790109v.1

        Lawrence Steve Spiegel
        Abigail Elizabeth Davis
        Skadden, Arps, Slate, Meagher & Flom LLP (NYC)
        Four Times Square
        New York, NY 10036

        James V. Masella, III
        Daniel Ruzumna
        Melissa Ginsberg
        Patterson Belknap Webb & Tyler LLP
        1133 Avenue of the Americas
        New York, New York  10036

        John C. Scalzo
        Ann V. Kramer
        Reed Smith LLP
        599 Lexington Ave.
        New York, New York  10022

        Phyllis Kupferstein
        Kupferstein Manuel LLP
        865 South Figueroa Street, Suite 3338
        Los Angeles, CA  90017

Dated:       New York, New York
               February 20, 2018

                                            */s/ Gerald L. Maatman, Jr.*