UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>                  Defendants. | Civil Action No.  1:17-cv-09554 (AKH)<br><br>**NOTICE OF MOTION** |

Defendants James Dolan, Paul Tudor Jones, Marc Lasry and Dirk Ziff (the "Outside Directors"), by and through their undersigned counsel, hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing all of Plaintiffs' claims against the Outside Directors and terminating the Outside Directors from the case.

The grounds for this Motion are set forth in the accompanying memorandum of law.

Dated: New York, New York
        February 20, 2018

By: */s/ James V. Masella, III*
James V. Masella, III (jmasella@pbwt.com)
Melissa Ginsberg (mginsberg@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222

*Attorneys for Defendant Paul Tudor Jones*

By: */s/ Roberto Finzi*
Brad S. Karp (bkarp@paulweiss.com)
Roberto Finzi (rfinzi@paulweiss.com)
Sara F. Nichols (snichols@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Attorneys for Defendant Marc Lasry*

By: */s/ Lawrence S. Spiegel*
Lawrence S. Spiegel
(lawrence.spiegel@skadden.com)
Abigail E. Davis
(abigail.sheehan@skadden.com)
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036
Telephone: (212) 735-3000
Fax: (212) 735-2000/1

*Attorneys for Defendants James Dolan and Dirk Ziff*