UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>            Defendants. | Civil Action No. 1:17-cv-09554-AKH<br><br>NOTICE OF MOTION TO DISMISS |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendant Richard Konigsberg hereby moves, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing with prejudice all of Plaintiffs' claims against him and for such other and further relief as the Court may deem just and proper.

Dated: February 20, 2018
      New York, New York

                                         **REED SMITH LLP**

                                         By:   /s/ John C. Scalzo
                                                   John C. Scalzo
                                                   Jonathan P. Gordon
                                                   599 Lexington Avenue
                                                   New York, New York 10022
                                                   Telephone:  (212) 521-5400

                                               *Attorneys for Defendant Richard Koenigsberg*