UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  -against-<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 17-cv-09554 (AKH)<br><br>**DEFENDANT HARVEY WEINSTEIN'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND TO STRIKE CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(F)** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law submitted herewith, Plaintiffs' Complaint and all documents incorporated by reference thereto and all facts and circumstances upon which the Court may take judicial notice, Defendant Harvey Weinstein will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, in Courtroom 14D, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 on April 11, 2018, at 10:00 a.m. or as soon thereafter as counsel can be heard, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f), dismissing with prejudice the first, second, fifth, sixth, seventh, eighth, ninth, tenth,

eleventh, and twelfth Counts of the Complaint, and striking the class allegations in various paragraphs of the Complaint.

Dated: February 20, 2018

KUPFERSTEIN MANUEL LLP

*/s/ Phyllis Kupferstein*
Phyllis Kupferstein
865 South Figueroa Street
Suite 3338
Los Angeles, California 90017
Telephone: (213) 988-7531
Facsimile: (213) 988-7532
pk@kupfersteinmanuel.com

MORRISON COHEN LLP
Mary E. Flynn
Aaron M. Schue
909 Third Avenue
New York, NY 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

*Attorneys for Defendant Harvey Weinstein*

To (*via ECF*): All counsel of record