UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>- against -<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1 – 50, inclusive,<br><br>                              Defendants. | 1:17-cv-09554-AKH<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Oral Argument Requested |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Lance Maerov's Motion to Dismiss Counts I, II, IV and XIV of the Complaint dated December 6, 2017 (Dkt. No. 1), and the Declaration of Anne S. Aufhauser dated March 22, 2018, with attached Exhibit A, as well as all pleadings and other documents filed with the Court in this matter, defendant Lance Maerov will move the Court, on a date and at a time designated by the Court, for an Order dismissing Counts I, II, IV, and XIV of the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as for any other relief as the Court deems just and proper.

Dated: March 22, 2018
       New York, New York

                        FRIED, FRANK, HARRIS, SHRIVER
                            & JACOBSON LLP

                        By:         */s/ Israel David*
                                Israel David

                        Israel David
                        Anne S. Aufhauser *(admitted in California only)*
                        One New York Plaza
                        New York, New York 10004
                        Telephone: (212) 859-8000
                        israel.david@friedfrank.com
                        anne.aufhauser@friedfrank.com

                        FRIED, FRANK, HARRIS, SHRIVER
                         & JACOBSON LLP

                        James D. Wareham *(not admitted in SDNY)*
                        801 17th Street, NW
                        Washington, DC 20006
                        Telephone: (202) 639-7000
                        james.wareham@friedfrank.com

                        *Attorneys for Defendant Lance Maerov*