UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    - against -<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1 – 50, inclusive,<br><br>       Defendants. | 1:17-cv-09554-AKH<br><br>**NOTICE OF MOTION TO DISMISS**<br><br>Oral Argument Requested |

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Jeff Sackman's Motion to Dismiss Counts I, II, IV and XIV of the Complaint dated December 6, 2017 (Dkt. No. 1), as well as all pleadings and other documents filed with the Court in this matter, defendant Jeff Sackman will move the Court, on a date and at a time designated by the Court, for an Order dismissing Counts I, II, IV and XIV of the Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as for any other relief as the Court deems just and proper.

Dated: March 26, 2018
       New York, New York

                    FRIED, FRANK, HARRIS, SHRIVER
                        & JACOBSON LLP

By:     */s/ Israel David*
             Israel David

Israel David
Anne S. Aufhauser *(admitted in California only)*
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
israel.david@friedfrank.com
anne.aufhauser@friedfrank.com


FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

James D. Wareham *(not admitted in SDNY)*
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
james.wareham@friedfrank.com

*Attorneys for Defendant Jeff Sackman*