UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     -vs-<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>     Defendants. | Civil Action No.: 1:17-CV-9554 (AKH)<br><br><br><br><br><br>**NOTICE OF MOTION** |

   **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Robert Weinstein's Motion to Dismiss Counts I, II, III, IV, XIII, and XIV of the Complaint, Defendant Robert Weinstein hereby moves this Court, before the Honorable Alvin K. Hellerstein, in Courtroom 14D at the United States Courthouse, 500 Pearl St., New York, New York 10007, on a date and at a time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) dismissing, with prejudice, Counts I, II, III, IV, XIII, and XIV of the Complaint insofar as they assert claims against him and granting any such further relief as this Court deems just and proper.

| | |
|---|---|
| Dated: New York, New York<br>April 20, 2018 | SCHULTE ROTH & ZABEL LLP<br><br>By:   /s/ Gary Stein<br>      Gary Stein<br>      Barry A. Bohrer<br>      Brian T. Kohn<br>      Abigail F. Coster<br><br>919 Third Avenue<br>New York, NY  10022<br>(212) 756-2000<br>gary.stein@srz.com<br>barry.bohrer@srz.com<br>brian.kohn@srz.com<br>abigail.coster@srz.com<br><br>*Attorneys for Defendant Robert Weinstein* |