UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive,<br><br>Defendants. | Case No. 17-cv-9554 (AKH)<br><br>Hon. Alvin K. Hellerstein |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS
<u>MIRAMAX FILM CORP. AND MIRAMAX, LLC</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Louisette Geiss, Katherine Kendall, Zoe Brock, Sarah Ann Thomas, Melissa Sagemiller, and Nannette Klatt voluntarily dismiss their claims against Miramax Film Corp. and Miramax, LLC without prejudice. Voluntary dismissal of Plaintiffs' claims is appropriate given that no party has served an answer or motion for summary judgment. This notice does not affect Plaintiffs' claims against any other defendant, including Miramax Film NY, LLC and Miramax Does 1-10.

010717-11 1035750 V1

Date: June 1, 2018                                     Respectfully submitted,

By */s/ Elizabeth A. Fegan*
  Elizabeth A. Fegan
Emily Brown
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
*beth@hbsslaw.com*
*emilyb@hbsslaw.com*

Steve W. Berman
Shelby Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
*steve@hbsslaw.com*
*shelbys@hbsslaw.com*

Jason Zweig
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017
jasonz@hbsslaw.com

Robert B. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
*rob@hbsslaw.com*

M. Cris Armenta
Credence E. Sol
THE ARMENTA LAW FIRM, APC
1230 Rosecrans Ave, Suite 300
Manhattan Beach, CA 90266
Telephone: (310) 826-2826 Ext. 108
*cris@crisarmenta.com*
*credence.sol@orange.fr*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on June 1, 2018, which will send notification of such filing to the e-mail addresses registered.

                                         */s/ Elizabeth A. Fegan*
                                         Elizabeth A. Fegan

010717-11 1035750 V1