USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
GEISS et al., :
: ORDER GRANTING MOTIONS
Plaintiff. : TO DISMISS WITHOUT
: PREJUDICE TO AMEND
v. :
: 17 Cv. 9554 (AKH)
THE WEINSTEIN COMPANY HOLDINGS LLC, :
et al., :
:
Defendant. :
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

For the reasons stated at oral argument, the motions to dismiss are granted without prejudice to amending the complaint. Plaintiffs shall file an amended complaint by October 31, 2018, and defendants shall answer or otherwise respond by November 30, 2018. The opposition to any motions by defendants is due December 24, 2018; defendants' replies are due by January 7, 2019.

The parties shall also brief the question of subject matter jurisdiction, specifically whether jurisdiction under the Class Action Fairness Act, 28 U.S.C. § 1332(d), is appropriate. Defendants shall file their opening brief on this issue by November 30, 2018, and parties shall follow the briefing schedule described above.

The Clerk shall terminate the motions (Dkt. Nos. 47, 53, 55, 57, 65, 69, 86, 89, 101).

SO ORDERED.

Dated: September 12, 2018
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge