UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GEISS et al.,

                          Plaintiff.

    v.

THE WEINSTEIN COMPANY HOLDINGS LLC, et al.,

                          Defendant.
------------------------------------------------------------- X

**TERMINATING MOTIONS**

17 Cv. 9554 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Clerk shall terminate Dkt. Nos. 72, 73.

    SO ORDERED.

Dated:    September 17, 2018
                 New York, New York

                                  ALVIN K. HELLERSTEIN
                                  United States District Judge