Case 1:17-cv-09554-AKH   Document 135   Filed 10/03/18   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISETTE GEISS, KATHERINE KENDALL, ZOE BROCK, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA SAGEMILLER, and NANNETTE KLATT, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX, LLC, MIRAMAX FILM CORP., MIRAMAX FILM NY LLC, HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MIRAMAX DOES 1-10, and JOHN DOES 1-50, inclusive, <br><br> Defendants. | Case No. 17-cv-9554 (AKH) (BCM) <br><br> Hon. Alvin K. Hellerstein <br><br> So ordered. <br><br> *[signature]* <br> 10/3/18 |

### PLAINTIFFS' MOTION TO WITHDRAW APPEARANCES OF ATTORNEYS CRIS ARMENTA AND CREDENCE SOL

Pursuant to Local Rule 1.4, Plaintiffs respectfully request that this Court withdraw the appearances of Cris Armenta and Credence Sol as their attorneys. Plaintiffs continue to be represented by Steve W. Berman, Elizabeth A. Fegan, Jason Zweig, Shelby Smith, Robert Carey, and Emily Brown of Hagens Berman Sobol Shapiro LLP. While Local Rule 1.4 contemplates that an attorney requesting withdrawal submit an affidavit to justify withdrawal, Plaintiffs respectfully request that this requirement be waived given that the withdrawal is upon the Plaintiffs' motion and Plaintiffs continue to be represented by counsel from Hagens Berman.

010717-11 1068822 V1

Accordingly, Plaintiffs respectfully request that the Court terminate the appearances of Ms. Armenta and Ms. Sol on their behalf.

Dated: October 3, 2018

Respectfully submitted,

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Emily Brown
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
emilyb@hbsslaw.com

Steve W. Berman
Shelby Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelbys@hbsslaw.com

Jason Zweig
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017
jasonz@hbsslaw.com

Robert B. Carey
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com

010717-11 1068822 V1