UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LOUISETTE GEISS, SARAH ANN THOMAS
(a/k/a SARAH ANN MASSE), MELISSA
THOMPSON, MELISSA SAGEMILLER,
NANNETTE MAY (f/k/a NANNETTE KLATT),
KATHERINE KENDALL, ZOE BROCK,
CAITLIN DULANY, LARISSA GOMES, and
JANE DOE, individually and on behalf of all
others similarly situated,

                Plaintiffs,

                v.

THE WEINSTEIN COMPANY HOLDINGS,
LLC, MIRAMAX FILM NY LLC, THE WALT
DISNEY COMPANY, DISNEY ENTERPRISES,
INC., BUENA VISTA INTERNATIONAL, INC.,
HARVEY WEINSTEIN, ROBERT WEINSTEIN,
DIRK ZIFF, TIM SARNOFF, MARC LASRY,
TARAK BEN AMMAR, LANCE MAEROV,
RICHARD KOENIGSBERG, PAUL TUDOR
JONES, JEFF SACKMAN, JAMES DOLAN,
MICHAEL EISNER, IRWIN REITER, DAVID
GLASSER, FRANK GIL, RICK SCHWARTZ,
FABRIZIO LOMBARDO, MARK GILL,
NANCY ASHBROOKE, BARBARA
SCHNEEWEISS, MIRAMAX DOES 1-10,
TALENT AGENCY DOES 1-100, and JOHN
DOES 1-50, inclusive,

                Defendants.
------------------------------------------------------------X

1:17-cv-09554 (AKH)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the Amended Complaint, all prior pleadings and proceedings herein, the Declarations of Elior Shiloh, Esq. and Benjamin Brafman, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, New York, 10007, on a date to be determined by the Court,

for an Order: (1) staying this action as to Defendant Harvey Weinstein pending the resolution of related criminal proceedings; and (2) granting such other and further relief as is just and proper.

Dated: New York, New York
       November 29, 2018

        **KUPFERSTEIN MANUEL LLP**

        By: /s/ Phyllis Kupferstein
            Phyllis Kupferstein, Esq.
            865 South Figueroa Street, Suite 3338
            Los Angeles, California 90017
            Tel: 213-988-7531

        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

        By: /s/ Elior D. Shiloh
            Elior D. Shiloh, Esq.
            77 Water Street, Suite 2100
            New York, New York  10005
            Tel: 212-232-1300

        *Attorneys for Defendant Harvey Weinstein*

## **CERTIFICATE OF SERVICE**

      Elior D. Shiloh, Esq. an attorney duly admitted to practice before this Court, certifies that on November 29, 2018, he caused the Notice of Motion, the Declarations of Elior D. Shiloh, Esq. and Benjamin Brafman, Esq., and Memorandum of Law in Support to be filed and served on all counsel of record via ECF.

                                                              /s/ Elior D. Shiloh
                                                                 Elior D. Shiloh