UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE KLATT, KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX FILM NY LLC, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., BUENA VISTA INTERNATIONAL, INC., HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MICHAEL EISNER, IRWIN REITER, DAVID GLASSER, FRANK GIL, RICK SCHWARTZ, FABRIZIO LOMBARDO, MARK GILL, NANCY ASHBROOKE, MIRAMAX DOES 1-10, TALENT AGENCY DOES 1-100, and JOHN DOES 1-50, inclusive, <br><br> Defendants. | No. 1:17-cv-09554 <br><br><br><br><br><br> Hon. Alvin K. Hellerstein |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER REGARDING VICTIMS' COMMUNICATIONS PRODUCED BY THE WEINSTEIN COMPANY TO HARVEY WEINSTEIN**

## TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ..................................................................................................... 1

II.  FACTUAL BACKGROUND ................................................................................... 2

    A.  The *Geiss* and *Dulany* Actions ................................................................. 2

    B.  The Criminal Indictment .............................................................................. 3

    C.  The Bankruptcy Proceedings ....................................................................... 4

III.  A PROTECTIVE ORDER SHOULD BE ENTERED PRECLUDING
WEINSTEIN FROM SHARING VICTIMS' COMMUNICATIONS
PRODUCED BY THE DEBTOR TO THIRD PARTIES OUTSIDE THE
DISCOVERY PROCESS ......................................................................................... 6

IV.  CONCLUSION ........................................................................................................ 9

010717-11 1085247 V1