```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
GEISS et al.,                                                :
                                                             :   **ORDER DENYING PLAINTIFFS'**
                              Plaintiffs.                    :   **MOTION TO EXTEND**
                                                             :   **PROTECTIVE ORDER AND**
     v.                                                      :   **DEFENDANT WEINSTEIN'S**
                                                             :   **MOTION TO STAY**
THE WEINSTEIN COMPANY HOLDINGS LLC,                          :
et al.,                                                      :   17 Civ. 9554 (AKH)
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    For the reasons discussed at oral argument on January 22, 2019, Defendant Harvey Weinstein's motion to stay (ECF No. 161) and Plaintiffs' motion to extend this Court's December 20, 2018 Protective Order (ECF No. 227) are denied. This Court's November 30, 2018 Order (ECF No. 169) is withdrawn, and Defendant Weinstein's motion to dismiss shall be filed on or before January 28, 2019. Plaintiffs' January 31, 2019 opposition deadline and Defendants' February 28, 2019 reply date shall remain in place. Oral argument on the motions to dismiss will take place on March 7, 2019 at 4:00 P.M.

    The Clerk shall terminate the following open motions: ECF No. 161, ECF No. 183, and ECF No. 227.

    SO ORDERED.

Dated:  January 22, 2019
     New York, New York

                      /s/ ALVIN K. HELLERSTEIN
                      United States District Judge