UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEISS ET AL, <br><br> Plaintiff, <br><br> -against- <br><br> THE WEINSTEIN COMPANY HOLDINGS LLC ET AL, <br><br> Defendants. | 1:17-cv-09554-AKH <br><br> **NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Law in Support of Defendant Nancy Ashbrooke's Motion to Dismiss, and the previously-filed motion to dismiss by co-defendants (Docket No. 199, 200 and 201), and upon all pleadings and papers filed herein, Defendant Nancy Ashbrooke moves this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order dismissing this case pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, together with such other and further relief as this Court may deem just and proper.

WHEREFORE, Defendant Nancy Ashbrooke respectfully requests that Court enter an order granting the relief requested herein.

Dated:  January 28, 2019
        New York, New York

By: _____
    Helene R. Hechtkopf (HH-7402)
    Allison N. Angel (AA-1541)

HOGUET NEWMAN
REGAL & KENNEY, LLP
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808
*Attorneys for Defendant*
*Nancy Ashbrooke*