UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE MAY (f/k/a NANNETTE KLATT), KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all others similarly situated,

                    Plaintiffs,

                    v.

THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX FILM NY LLC, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., BUENA VISTA INTERNATIONAL, INC., HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MICHAEL EISNER, IRWIN REITER, DAVID GLASSER, FRANK GIL, RICK SCHWARTZ, FABRIZIO LOMBARDO, MARK GILL, NANCY ASHBROOKE, BARBARA SCHNEEWEISS, MIRAMAX DOES 1-10, TALENT AGENCY DOES 1-100, and JOHN DOES 1-50, inclusive,

                    Defendants.

------------------------------------------------------------X

1:17-cv-09554 (AKH)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the Amended Complaint, the Motion filed by Co-Defendants on December 17, 2018 (ECF Dkt. Nos. 199, 200, and 201), all prior pleadings and proceedings herein, and the accompanying Memorandum of Law, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, in Courtroom 14D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, New York, 10007, on a date to be determined by the Court, for an Order: (1) dismissing the Amended Complaint with prejudice

pursuant to Rule 12(b)(6), *Fed R. Civ. P.*; and (2) granting such other and further relief as is just and proper.

Dated: New York, New York
       January 28, 2019

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Elior D. Shiloh
    Elior D. Shiloh, Esq.
    77 Water Street, Suite 2100
    New York, New York  10005
    Tel: 212-232-1300
    Elior.Shiloh@lewisbrisbois.com

*Attorneys for Defendant Harvey Weinstein*

## **CERTIFICATE OF SERVICE**

      Elior D. Shiloh, Esq. an attorney duly admitted to practice before this Court, certifies that on January 28, 2019, he caused the Notice of Motion and Memorandum of Law in Support to be filed and served on all counsel of record via ECF.

      /s/ Elior D. Shiloh
      Elior D. Shiloh

4837-8849-6518.1