UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE MAY (f/k/a NANNETTE KLATT), KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX FILM NY LLC, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., BUENA VISTA INTERNATIONAL, INC., HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MICHAEL EISNER, IRWIN REITER, DAVID GLASSER, FRANK GIL, RICK SCHWARTZ, FABRIZIO LOMBARDO, MARK GILL, NANCY ASHBROOKE, BARBARA SCHNEEWEISS, MIRAMAX DOES 1-10, TALENT AGENCY DOES 1-100, and JOHN DOES 1-50, inclusive,<br><br>     Defendants. | Case No.: 1:17-cv-09554-AKH<br><br>NOTICE OF MOTION TO DISMISS |

  PLEASE TAKE NOTICE that upon the concurrently-filed Memorandum of Law in Support of Defendant Barbara Schneeweiss's Motion to Dismiss, the previously-filed motion to dismiss by co-defendants The Weinstein Company Holdings, LLC, Miramax Film NY, LLC, the Walt Disney Company, Disney Enterprises, Inc., Buena Vista International, Inc., Robert Weinstein, Dirk Ziff, Tim Sarnoff, Marc Lasry, Lance Maerov, Richard Koenigsberg, Paul Tudor

Jones, Jeff Sackman, James Dolan, and Michael Eisner (Dkt. Nos. 199, 200, and 201), the court file herein, and upon such oral or documentary evidence as may be presented at the hearing on this motion to dismiss, on March 7, 2019 or as soon thereafter as may be heard before the Honorable Alvin K. Hellerstein, in Courtroom 14D of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Defendant Barbara Schneeweiss will move and does hereby move this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the First Amended Complaint with prejudice and granting any other relief that the Court determines to be just and proper.

Dated:  February 7, 2019                             Respectfully submitted,


By: */s/ Robert M. Barta*
   Robert M. Barta (*pro hac vice*)
   Daniel Y. Simkin (*pro hac vice*)
   ROSOFF, SCHIFFRES & BARTA
   1801 Century Park East, Suite 1200
   Los Angeles, California 90067
   Tel: (310) 479-1454
   Fax: (310) 478-1439
   rbarta@rsblaw.com

   Attorneys for Defendant
   **BARBARA SCHNEEWEISS**