```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LOUISETTE GEISS et al.,

                     Plaintiffs.

  v.

THE WEINSTEIN COMPANY HOLDINGS LLC, et al.,

                     Defendants.
------------------------------------------------------------- X

**ORDER SETTING BRIEFING SCHEDULE**

17 Civ. 9554 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiff shall oppose Defendant Harvey Weinstein's motion for a certificate of appealability (ECF No. 281) by noon on June 17, 2019. Defendant shall reply by 4 p.m. on June 20, 2019.[1]

       SO ORDERED.

Dated:    June 4, 2019
             New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge

---

[1] These deadlines supersede the deadlines stated in error by the Court at the June 4, 2019 status conference.