# feganscott

Fegan Scott, LLC
ATTORNEYS AT LAW

150 S. Wacker Dr., 24th floor
Chicago, IL 60606

PHONE 312.741.1019
FAX 312.264.0100

beth@feganscott.com

October 2, 2019

*The conf is adjourned to Oct. 15, 2019, 10:00 a.m.*

*10-3-19*
*/s/ A.K. Hellerstein*

**Via ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

Re: *Geiss v. The Weinstein Company et al.,* No. 17-cv-9554 (S.D.N.Y.)

Dear Judge Hellerstein:

Plaintiffs respectfully request that the Court reschedule the Status Conference set for October 4, 2019 at 10:00 a.m., because I will be out of the country. I have conferred with counsel for Harvey Weinstein, Elior Shiloh, who does not object to this request. All parties are available on Tuesday, October 8, 2019 or Thursday, October 10, 2019 at the Court's convenience. This is Plaintiffs' first request to reschedule the Conference.

Alternatively, I respectfully request the opportunity to attend the October 4, 2019 status conference by telephone.

Respectfully,

/s/ *Elizabeth A. Fegan*

Elizabeth A. Fegan
Managing Member

cc.   All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/19