

Elior D. Shiloh
77 Water Street, Suite 2100
New York, New York 10005
Elior.Shiloh@lewisbrisbois.com
Direct: 212.232.1362

October 3, 2019

**VIA ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *Geiss v. The Weinstein Company, et al.*
               17 Civ. 9554 (AKH)

Dear Judge Hellerstein:

We represent defendant Harvey Weinstein in the captioned matter.

Counsel wrote the Court on consent for an adjournment of the Conference scheduled for October 4, 2019 to either October 8 or 10, 2019. The Conference was adjourned to October 18, 2019. Unfortunately, I am not available to attend the Conference on October18 and respectfully request that the Conference be adjourned to the week of October 21, 2019.

                                      Respectfully,

                                      /s/ Elior D. Shiloh

                                      ELIOR D. SHILOH for
                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

EDS:lg