USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE MAY (f/k/a NANNETTE KLATT), KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all other similarly situated,

            Plaintiffs,

v.

THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,

           Defendants.

17 Civ. 9554 (AKH) (BCM)

## NOTICE AND [~~PROPOSED~~] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Daniel M. Stone, and subject to the approval of the Court, Daniel M. Stone hereby withdraws as counsel for Marc Lasry and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Brad S. Karp and Roberto Finzi of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Marc Lasry in this proceeding.

Dated: New York, New York
       December 3, 2019

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
Daniel M. Stone
1285 Avenue of the Americas
New York, New York 10019
212-373-3000
dstone@paulweiss.com

SO ORDERED:

_____

12-4-19