AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| GEISS, et al., *Plaintiff* <br> v. <br> THE WEINSTEIN COMPANY HOLDINGS LLC, et al. <br> *Defendant* | Case No. 1:17-cv-09554-AKH |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
MELISSA SAGEMILLER, NANNETTE MAY (f/k/a NANNETTE KLATT), KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, and LARISSA GOMES.

Date: 12/12/2019

/s/ Jonathan Shub
*Attorney's signature*

Jonathan Shub (NY-4747739)
*Printed name and bar number*

1600 Market Street, Suite 2500
Philadelphia, PA 19103
*Address*

jshub@kohnswift.com
*E-mail address*

(215) 238-1700
*Telephone number*

(215) 238-1968
*FAX number*