

**fegan scott**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/20

Fegan Scott, LLC
ATTORNEYS AT LAW

150 S. Wacker Dr., 24th floor
Chicago, IL 60606

PHONE  312.741.1019
FAX  312.264.0100

beth@feganscott.com

January 6, 2020

So ordered. The conference
previously scheduled for
January 10, 2020 is adjourned
to February 28, 2020 at
10:00 AM.

*[signature]*
1-7-20

**Via Facsimile**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

Re: *Geiss v. The Weinstein Company et al.*, No. 17-cv-9554 (S.D.N.Y.)

Dear Judge Hellerstein:

The Court scheduled a status conference in this matter for January 10, 2020. The parties respectfully request a 45-day adjournment of the conference. The parties are diligently working on the settlement agreement and motion for preliminary approval of the settlement, as well as coordinating with bankruptcy counsel for The Weinstein Company. We anticipate filing the motion in advance of the next conference.

I have conferred with counsel for Harvey Weinstein, Elior Shiloh, who joins in this request. This is the parties' first request to reschedule the Conference.

Alternatively, Mr. Shiloh and I respectfully request the opportunity to attend the January 10, 2020 status conference by telephone.

Respectfully,

*/s/  Elizabeth A. Fegan*

Elizabeth A. Fegan
Managing Member

cc.    Elior Shiloh (via email)