

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/25/2020
```

**Fegan Scott, LLC**
ATTORNEYS AT LAW

150 S. Wacker Dr., 24th floor
Chicago, IL 60606

PHONE   312.741.1019
FAX   312.264.0100

beth@feganscott.com

February 24, 2020

*The conf is adjourned to April 3, 2020, 10ᵒᵒ am*

*2.24.2020*
*/s/ AKHellerstein*

**Via Facsimile**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

Re: *Geiss v. The Weinstein Company et al.*, No. 17-cv-9554 (S.D.N.Y.)

Dear Judge Hellerstein:

The Court scheduled a status conference in this matter for February 28, 2020. The parties respectfully request an adjournment to the week of March 30, 2020. The parties are diligently working on the settlement agreement and motion for preliminary approval of the settlement, as well as coordinating with bankruptcy counsel for The Weinstein Company.

I have conferred with counsel for Harvey Weinstein, Elior Shiloh, who joins in this request. This is the parties' first request to reschedule the Conference.

Alternatively, Mr. Shiloh and I respectfully request the opportunity to attend the February 28, 2020 status conference by telephone.

Respectfully,

/s/ Elizabeth A. Fegan

Elizabeth A. Fegan
Managing Member

cc:   Elior Shiloh (via email)