UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE MAY (f/k/a NANNETTE KLATT), KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX FILM NY LLC, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., BUENA VISTA INTERNATIONAL, INC., HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MICHAEL EISNER, IRWIN REITER, DAVID GLASSER, FRANK GIL, RICK SCHWARTZ, FABRIZIO LOMBARDO, MARK GILL, NANCY ASHBROOKE, BARBARA SCHNEEWEISS, MIRAMAX DOES 1-10, TALENT AGENCY DOES 1-100, and JOHN DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: 1:17-cv-09554-AKH |

**DEFENDANT BARBARA SCHNEEWEISS'S MOTION TO WITHDRAW
APPEARNACE OF ATTORNEY DANIEL SIMKIN**

Pursuant to Local Rule 1.4, Defendant Barbara Schneeweiss respectfully requests that this Court withdraw the appearance of Daniel Simkin as her attorney. Ms. Schneeweiss continues to be represented by Robert Barta of Barta | Tate (formerly Rosoff, Schiffres, and Barta). Mr. Simkin's last day of active employment at Barta | Tate was March 5, 2020. While Local Rule 1.4 contemplates that an attorney requesting withdrawal submit an affidavit to justify withdrawal, Ms. Schneeweiss respectfully requests that this requirement be waived given that the withdrawal is upon her motion and she continues to be represented by counsel from Barta | Tate. Accordingly, Ms. Schneeweiss respectfully requests that the Court terminate the appearance of Daniel Simkin on her behalf.

Dated:  March 6, 2020                               Respectfully submitted,


                                    By: */s/ Daniel Y. Simkin*
                                        Robert M. Barta (*pro hac vice*)
                                        Daniel Y. Simkin (*pro hac vice*)
                                        BARTA | TATE
                                        1801 Century Park East, Suite 1200
                                        Los Angeles, California 90067
                                        Tel: (310) 479-1454
                                        Fax: (310) 478-1439
                                        dsimkin@bartatate.com

                                        *Attorneys for Defendant*
                                        *Barbara Schneeweiss*

## **CERTIFICATE OF SERVICE**

    I, Daniel Y. Simkin, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  March 6, 2020                        By: */s/ Daniel Y. Simkin*