ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy        Date: 3/24/2020
       by Order of Judge Alvin K. Hellerstein

Louisette Geiss, et al. v. The Weinstein Company Holdings LLC, et al. – 17 Civ. 9554 (AKH)

The status conf. previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

       Date : June 26 , 2020
       Time: 10:00 am
       Place: U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

       So Ordered,

       _____/s/_____

       **Alvin K. Hellerstein**
       United States District Judge