# EXHIBIT 8

DocuSign Envelope ID: 522FA36F-5B0E-4FC1-8E02-F277AD248CB8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE MAY (f/k/a NANNETTE KLATT), KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all others similarly situated, | No. 1:17-cv-09554-AKH <br><br> Hon. Alvin K. Hellerstein |
| Plaintiffs, | |
| v. | |
| HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MICHAEL EISNER, IRWIN REITER, DAVID GLASSER, FRANK GIL, RICK SCHWARTZ, FABRIZIO LOMBARDO, MARK GILL, NANCY ASHBROOKE, BARBARA SCHNEEWEISS, MIRAMAX DOES 1-10, TALENT AGENCY DOES 1-100, and JOHN DOES 1-50, inclusive, | |
| Defendants. | |

**DECLARATION OF LOUISETTE GEISS IN SUPPORT OF MOTION FOR PRELIMINARY SETTLEMENT APPROVAL OF CLASS SETTLEMENT**

I, Louisette Geiss, under penalty of perjury, do hereby state as follows:

1. I am over the age of eighteen (18), and a Named Plaintiff and proposed Class Representative in the above-entitled action. This Declaration, which is based on my personal knowledge of the facts stated herein, is submitted in support of the Motion for Preliminary Approval of Class Action Settlement.

2. As a Named Plaintiff, I bring this action for damages on behalf of myself and all similarly situated women who were harmed by the abuse and sexual misconduct of Harvey Weinstein and the complicit companies and individuals as described in the First Amended Class Action Complaint [Dkt. 140].

3. I ran into Weinstein at the 2008 Sundance Film Festival in Park City, Utah while he was eating with Barbara Schneeweiss. I had met him the year before at The Cannes International Film Festival and reintroduced myself. Weinstein invited me to the premiere of the movie "Where In the World Is Osama Bin Laden," which was distributed by The Weinstein Company. He told me that Schneeweiss would contact me to set it up.

4. After the movie, Weinstein inquired about my music company, the script I was pitching at the festival, and my acting career. Weinstein asked to meet me in the lobby of The Stein Eriksen Lodge. When we arrived in the lobby, we sat down and began to speak about my project. We were soon told that the bar was closing, and Weinstein suggested we go to his office.

5. Because I had heard rumors about Weinstein, I was skeptical, but the reason I attended Sundance was to secure a deal for my script. I bluntly expressed my concerns and asked Weinstein to shake my hand – in front of security cameras in the hotel lobby – and agree that he would not touch me during the meeting. He agreed.

6. In Weinstein's office, Weinstein and I had a professional conversation for approximately 30 minutes, in which Weinstein expressed enthusiasm about my script, music, and roles I could play as an actress. He said that I should meet his brother Bob because I would be great for his movies. Then Weinstein excused himself to go to the bathroom.

7. Weinstein emerged from the bathroom in an open bathrobe, naked underneath. He informed me that he would listen to the remainder of my pitch from the hot tub. He then disrobed, entered the hot tub and began to masturbate. His demeanor had changed from professional and helpful to belligerent and overbearing. He told me to keep talking while he masturbated.

8. Distressed, I began to leave the room. Weinstein quickly climbed out of the hot tub and grabbed my arm while his other hand was touching his penis. He pulled me to his bathroom, insisting I watch him masturbate. He told me he would "greenlight" my script if I watched him masturbate. I repeatedly said no and "this is so ridiculous." I felt violently ill and distressed.

9. Continuing to hold on to my arm, Weinstein told me not to be "stupid," and that if I watched him masturbate he would greenlight my script and give me a three-film deal. As I made my way to the door, Weinstein grabbed both of my arms forcefully and kissed me. Fearing an imminent sexual assault, I escaped Weinstein's grasp and fled, with Weinstein giving chase.

10. Weinstein's assault deeply distressed me. I felt defenseless against Weinstein's power. I experienced fear, helplessness, anger and depression and sought professional help. Although I had spent nearly my entire life dedicated to my craft, working diligently to become a performer, writer and producer, I concluded that I could not perform sexual acts with Weinstein in exchange for a career.

11. As a result, I lost both the three-film deal and other opportunities at The Weinstein Company. Ultimately, my professional career in the entertainment industry was damaged, causing me to leave the industry.

12. After the assault, I met with Schneeweiss on one occasion for dinner, where I talked to her about Weinstein's inappropriate behavior. Schneeweiss responded, "He's never done anything to me," but did not deny that Weinstein was inappropriate with other women.

13. In May 2017, in the midst of reporting and investigations by *The New Yorker* and the *New York Times,* I believe Weinstein directed Schneeweiss to contact me so that I would not speak to the press because Schneeweiss reached out to me via Linked In.

14. Although I had heard about Weinstein's bad behavior prior to his attack on me, which is why I made him shake my hand to confirm that it our meeting would be professional, I did not know that his conduct included rape and sexual assault and abuse or that it had been

going on for decades. When I learned this through the articles published about him, I was incredibly upset and decided to contact a lawyer.

15. I first contacted another attorney and attended a press conference, but when I learned what could potentially be accomplished in a class action, I contacted Beth Fegan. I recognized that Weinstein's behavior had negatively affected so many women, so I decided to link arms with my fellow survivors to try to make a difference to get everyone some sort of compensation, even for those victims whose claims were barred by the statute of limitations. It was too selfish to try to pursue my claims alone when so many women had suffered.

16. I knew one person who was a class representative, but she was proceeding as a "Jane Doe," and so I decided to be the lead plaintiff in the case because I wanted the case to have a name. I knew that in Hollywood, in the circles in which Weinstein and his cronies operated, money is power, and I wanted to try to take his power away. I also wanted to hold Weinstein's companies and the people who worked for them accountable for Weinstein's conduct which damaged the lives and careers of so many women. At that point in time, Weinstein was still controlling the narrative about the case, so I decided to put my name on the lawsuit with the hopes that it would incite other women to come forward and join.

17. Being the lead class representative has not been easy. In addition to having to expose deeply personal events, there was a lot of Internet trolling and negative comments about me, and one time I even had a man surreptitiously filming me. I was often afraid for my personal safety and that of my family.

18. Also, the time I spent on the class action and as Co-Chair of the Unsecured Creditors Committee in The Weinstein Company bankruptcy was time taken from my family and time taken out of my every-day, normal life. I've had to come out of pocket for nannies, food, and other travel expenses while I attended motion hearings, mediation sessions, and bankruptcy meetings, as I tried to make a difference for all the survivors. Plus, the time I took away from my job was time that I could have otherwise taken for personal vacation; instead, I have not taken a vacation since the case started.

19. I have been part of the mediation sessions and am aware of the terms of the settlement. There isn't any amount of money that could compensate anyone for the horrible experiences they suffered, but I believe the settlement terms are fair. One of the big successes of the global settlement in my view is that unsecured creditors stepped aside to allow money to go to the tort victims. I personally negotiated with an executive from a major bank to make that happen. As a result, all survivors will be able to recover something from the bankrupt company.

20. I also support the class settlement because it gives the class members a choice about their level of participation and what they are willing to undertake in order to submit their claims. This will hopefully minimize the emotional trauma when class members submit claims.

21. I am familiar with the following definition of the settlement class, which is to be used in the Class Notice, the certification of the class in this case, the scope of that class, and the claims in the case. For purposes of the settlement, the class is defined as all pre-2005 subclass members and all post-2005 subclass members.

22. The pre-2005 subclass means all women who met with Harvey Weinstein in person, before September 30, 2005, (i) to audition for or to discuss involvement in a project to be produced or distributed by Miramax, LLC, Miramax Film Corp., Miramax Film NY, LLC, The Walt Disney Company, Disney Enterprises, Inc., or Buena Vista International, Inc. or (ii) in a meeting or event facilitated, hosted, or underwritten by Miramax, LLC, Miramax Film Corp., Miramax Film NY, LLC, The Walt Disney Company, Disney Enterprises, Inc., or Buena Vista International, Inc.

23. The post-2005 subclass means all women, on or after September 20, 2005, who met with Harvey Weinstein in person (i) to audition for or to discuss involvement in a project to be produced or distributed by The Weinstein Company Holdings, LLC or a subsidiary or division thereof, or (ii) in a meeting or event facilitated, hosted, or underwritten by The Weinstein Company Holdings, LLC or a subsidiary or division thereof; or (iii) were employed, whether full-time, part-time, temporarily, as an independent contractor, or as an intern, by The Weinstein Company Holdings, LLC or a subsidiary or division thereof.

24. This definition clearly communicates which persons are in the class and which are not. From this description, people would understand who is included in the class without further description or detail.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/9/2020

By: _____
Louisette Geiss