UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LOUISETTE GEISS, et al.,                      :
                                              :    **ORDER REGULATING**
                            Plaintiffs,       :    **PROCEEDINGS**
      v.                                      :
                                              :    17 Cv. 9554 (AKH)
THE WEINSTEIN COMPANY HOLDINGS LLC,           :
et al.,                                       :
                                              :
                            Defendants.       :
                                              :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The preliminary approval hearing scheduled for July 14, 2020 at 10:00 a.m. will be held telephonically via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs those calling in, when not invited to speak on the record, to mute their telephones. Not later than July 13, 2020 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record at the telephonic hearing. In that correspondence, counsel shall specify the phone numbers from which they expect to call in to the hearing.

        SO ORDERED.

Dated:    July 10, 2020                     /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                       United States District Judge