**From:** Elizabeth Fegan <beth@feganscott.com>
**Date:** December 18, 2019 at 3:09:31 PM GMT+13
**To:** Zoe Brock <zoebrock@gmail.com>
**Subject: Withdrawal from representation**

Zoe,

I am writing to withdraw from representing you. It is clear that our relationship has deteriorated to the point that it cannot be reconciled. As you know, all matters can become invalid if not pursued within required time periods. Accordingly, I urge you to talk to Hagens Berman and/or seek alternative counsel at your earliest convenience.

Sincerely,

Beth


Elizabeth A. Fegan | Managing Member
**Fegan Scott LLC**
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Direct: 312.741.1019 | Fax: 312.264.0100
www.feganscott.com



Named Illinois Super Lawyer 2016-2020
Named to Lawdragon 500 Leading Lawyers in America 2019
& Lawdragon 500 Leading Plaintiff Consumer Lawyers 2019

1

**EXHIBIT 1**