

**Attorneys at Law**

John Clune
clune@hbcboulder.com

January 24, 2020

**Via Email**

All Counsel of Record

   Re: *Geiss et al. v. The Weinstein Company Holdings LLC et al.*
     17-cv-09554-AKH

Dear Counsel,

   We have been retained in the above-referenced matter and have entered our appearances on behalf of Ms. Zoe Brock, who is a named putative class representative for this matter. Ms. Brock is no longer represented by Ms. Fegan or the law firm of Hagens Berman. We understand negotiations regarding a global settlement are ongoing. Please copy us on future communications regarding those negotiations, as well as on communications regarding other issues concerning this matter. Likewise, please include us on all further discussions that concern moving this matter toward settlement and feel free to contact us at any time.

   We look forward to working with all of you.

        Sincerely,

        John Clune
        Daniel Williams

JCC/sgr

**EXHIBIT 2**