**CURRICULUM VITAE**

**Date Prepared**: July 10, 2020

**Name:** James W. Hopper, Ph.D.

**Office Address:** 9 Henderson Street
Arlington, MA 02474

**Work Phone:** 888-316-2125

**Work Email:** drhopper@jimhopper.com

**Education:**

| | | | |
|---|---|---|---|
| 1988 | B.A. | History | University of Rochester |
| 1997 | Ph.D. | Clinical Psychology | University of Massachusetts Boston |

**Postdoctoral Training**

1997-1999  Fellow, The Trauma Center & Boston University School of Medicine

2003-2006  Fellow, Behavioral Psychopharmacology Research Laboratory
McLean Hospital & Harvard Medical School

**Faculty Academic Appointments**

1995-2000  Adjunct Instructor, Department of Psychology
University of Massachusetts Boston

1997-2003  Research Associate, Department of Psychiatry
Boston University School of Medicine (BUSM)

2001-2014  Adjunct Instructor, Department of Psychiatry, Faculty of Medicine and Dentistry, University of Western Ontario

2006-2011  Instructor in Psychology, Department of Psychiatry, Harvard Medical School

2011-2014  Clinical Instructor in Psychology, Department of Psychiatry,
Harvard Medical School

2014-2015  Part-time Instructor in Psychology, Department of Psychiatry,
Harvard Medical School

2015-  Teaching Associate in Psychology, Department of Psychiatry,
Harvard Medical School

**Appointments at Hospitals/Affiliated Institutions**

**Past**

1992-1993  Half-time Predoctoral Psychology Intern, Counseling Center
The New England Conservatory of Music, Boston, MA

1993-1994  Half-time Predoctoral Psychology Intern, Outpatient Psychiatry Department
The Cambridge Hospital

1994-1995  Psychology Testing Fellow, Outpatient Psychiatry Department
The Cambridge Hospital

1996-1997  Predoctoral Intern, University Health Services Mental Health Division
University of Massachusetts Amherst

1997-1999  Fellow, The Trauma Center & HRI Hospital, Brookline, MA

**EXHIBIT 4**

| | | |
|---|---|---|
| 1997-1999 | Assistant Director of Research, The Trauma Center & HRI Hospital | |
| 2008-2010 | Research Associate, Department of Psychiatry, Massachusetts General Hospital | |
| 2010-2011 | Research Associate, Department of Psychiatry, McLean Hospital | |

**Current**

| | |
|---|---|
| 2011- | Teaching Associate, Outpatient Addictions Service, Cambridge Health Alliance |
| 2017- | Sub-investigator and therapist for Phase 2 & 3 MDMA-assisted psychotherapy research, with MAPS/MPBC and The Trauma Research Foundation, 84 St. Paul Street T1, Brookline, MA |

**Selected Consulting Work**

**Public Sector**

| | |
|---|---|
| 2012 | Created two-hour training on neurobiology of sexual assault for Department of Defense's Safe Helpline staff; in consultation with training staff of RAINN, which administers the Safe Helpline under contract with DoD. |
| 2012-2017 | Created and delivered (6 times per year) one-day training on neurobiology of sexual assault and sexual assault memories for military investigators and prosecutors in Special Victims Unit Investigations Course, U.S. Army Military Police School Family Advocacy Law Enforcement Training Division. |
| 2014 | Co-created two-hour trainings on the neurobiology of trauma and male victims of sexual assault for Department of Justice's Office for Victims of Crime Training and Technical Assistance Center. |
| 2018 | Created sections on the neurobiology of sexual assault responses and the science of stress, trauma, and memory for the Sexual Assault Response Team (SART) Toolkit edited and distributed by the National Sexual Violence Resources Center (NSVRC), supported by grant from the Dept. of Justice's Office for Victims of Crime. www.nsvrc.org/sarts/toolkit/2-1 |

**Nonprofit Sector**

| | |
|---|---|
| 2007-2012 | Envisioned, designed information architecture, and wrote (over 150) pages for 1in6.org, website of 1in6, Inc., which serves men sexually abused as children. |
| 2016 | Created and delivered two-part (90 minutes each) webinar series on the neurobiology of sexual assault for End Violence Against Women International, archived at www.evawintl.org/WebinarArchive.aspx#hopper |

**Forensic**

| | |
|---|---|
| 2003- | Expert witness, trauma-related mitigation, capital case appeals and trials |
| 2009- | Expert witness, psychological trauma and recovered memories, civil cases |
| 2014- | Expert witness, sexual assault trauma, military and civilian cases |

**Nonprofit Board Service**

| | | |
|---|---|---|
| 2007 | Board of Directors | 1in6, Inc. |
| 2008-2012 | Advisory Board | 1in6, Inc. |
| 2009-2010 | Leadership Council | Transforming Trauma Initiative, Garrison Inst. |
| 2010-2014 | Board of Directors | Stop It Now (child sexual abuse prevention) |
| 2015- | Advisory Board | Callisto (sexual assault reporting app) |

**EXHIBIT 4**

**Committee Services**

**Government**

| | | |
|---|---|---|
| 2014-2015 | Sexual Assault Advisory Council | United States Peace Corps |

**Professional Organizations**

| | | |
|---|---|---|
| 2004 | Publications Review Committee | International Society for Traumatic Stress Studies (ISTSS) |
| 2005-2006 | Website Committee | ISTSS |

**Professional Societies**

| | |
|---|---|
| 1991-2009 | Member, American Psychological Association |
| 1996- | Member, International Society for Traumatic Stress Studies |
| 1997-2016 | Member, National Organization on Male Sexual Victimization |
| 1999-2009 | Member, Society for Psychophysiological Research |

**Editorial Activities**

| | | |
|---|---|---|
| 2005- | Ad hoc reviewer | Journal of Traumatic Stress |
| 2005- | Ad hoc reviewer | Psychological Bulletin |
| 2007- | Ad hoc reviewer | Drug and Alcohol Dependence |
| 2008- | Ad hoc reviewer | Journal of Psychiatric Research |
| 2012- | Ad hoc reviewer | Biological Psychiatry |
| 2014- | Ad hoc reviewer | Harvard Review of Psychiatry |
| 2015- | Ad hoc reviewer | Men and Masculinities |
| 2018- | Ad hoc reviewer | Journal of Trauma & Dissociation |

**Honors and Prizes**

| | |
|---|---|
| 1986 | Donald Park's "Dexter Perkins Prize" in History, University of Rochester |
| 1994 | "Book Award" for Excellence on the Comprehensive Exam, University of Massachusetts Boston |
| 2004-2005 | Livingston Fellowship, Department of Psychiatry, Harvard Medical School |

**Invited Teaching and Presentations**

**Undergraduate Courses**, Department of Psychology, University of Massachusetts Boston

| | |
|---|---|
| **1994** | Personality Theory, Course Director/Instructor |
| **1995** | Personality Theory, Course Director/Instructor |
| **1995** | Personality Theory, Course Director/Instructor |
| **1995** | Abnormal Psychology, Course Director/Instructor |
| **1996** | Personality Theory, Course Director/Instructor |
| **1996** | Personality Theory, Course Director/Instructor |
| **1998** | Psychological Trauma, Course Director/Instructor |
| **1998** | Psychological Trauma, Course Director/Instructor |
| **1999** | Psychological Trauma, Course Director/Instructor |
| **2000** | Psychological Trauma, Course Director/Instructor |
| **2002** | Psychological Trauma, Course Director/Instructor |

**Local Presentations**

| | |
|---|---|
| **2000** | Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Core Seminar for the Certificate Program in Traumatic Stress Studies of The Trauma Center, Brookline, MA. |
| **2000** | Lecture, "Frameworks for Connecting the Biology of Trauma to Clinical Practice," opening presentation of a one-day public workshop, "Integrative and Eclectic Approaches to Psychological Trauma," Provincetown, MA. |
| **2001** | Lecture, "Clinical Implications of Traumatic Memory Research: Phenomenology, Symptoms, and Biology," Public Lecture Series, The Trauma Center, Brookline, MA. |
| **2001** | Lecture, "Posttraumatic Stress Disorder: Diagnosis, Clinical Phenomenology and Treatment," Pfizer-sponsored Clinician Education Series, Beth Israel Hospital, Brookline, MA. |
| **2001** | Lecture, "Psychological Trauma and Biology," New England Region Public Lecture Series, Ben Gurion University, Public Library, Newton, MA. |
| **2002** | Lecture, "A Perspective on the Brain and Trauma," Public Lecture Series, The Trauma Center, Brookline, MA. |
| **2003** | Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Postdoctoral Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA. |
| **2004** | Lecture, "The Biology of Trauma: Dysregulation of the Embodied Self," Postdoctoral Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA. |
| **2005** | Lecture, "Psychobiological Measures and Methodologies in Psychological Trauma Research," Postdoctoral Research Seminar Series, Victims of Violence Program, Central Hospital, Somerville, MA. |
| **2006** | One-day workshop, "Transforming Trauma with Mindfulness and Lovingkindness: Psychological Practices and Brain Processes," with Drs. Deborah Rozelle and Elizabeth Call, The Trauma Center & Boston University School of Medicine, Brookline, MA. |
| **2006** | Lecture, "Marijuana Intoxication and 'Cognitive Disinhibition' – An Integrative Model and Clinical Implications," Neurophysiology Seminar Series, Center for Sleep & Cognition, Beth Israel Deaconess Medical Center & Harvard Medical School, Boston, MA. |
| **2012** | Grand Rounds, "Neurobiology of Sexual Assault and Implications for Supporting Victims," Harvard University Student Mental Health Services. |
| **2013** | Lecture, "Neurobiology of Sexual Assault and Implications for Supporting Victims," Harvard University Peer Counselors Program. |
| **2013** | Two lectures, "Neurobiology of Sexual Assault," Seminar for psychiatry residents of Harvard Medical School's Longwood Residency Training Program. |
| **2014** | Two lectures, "Neurobiology of Sexual Assault," Seminar for psychiatry residents of Harvard Medical School's Longwood Residency Training Program. |
| **2014** | Grand Rounds, "Harnessing the Brain's Seeking, Satisfaction and Embodiment Circuitries in Contemplative Approaches to Healing Trauma," Department of Social Work, Beth Israel Deaconess Medical Center. |
| **2014** | Training, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," One-hour training for Conduct Review Board and Dean of the Faculty, Harvard Business School. |

| | |
|---|---|
| **2014** | Training, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," One-hour training for designated investigators from all schools, Office for Sexual and Gender-Based Dispute Resolution (ODR), Harvard University. |
| **2014** | Training, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," One-hour training for the Committee on Discipline (COD), Massachusetts Institute of Technology. |
| **2015** | Two lectures, "Neurobiology of Trauma," Seminar for psychiatry residents of Harvard Medical School's Longwood Residency Training Program. |
| **2015** | Presentation, "Harnessing the Seeking, Satisfaction and Embodiment Circuitries in Contemplative Approaches to Trauma," Symposium, Trauma and Contemplative Practice: Exploring the Territory, Harvard Divinity School. |
| **2015** | Presentation, "Sexual Assault: Brain, Behavior and Memory: Overview for Title IX Administrators," The Boston Consortium for Higher Education, Wellesley, Massachusetts. |
| **2015** | Presentation, "Sexual Assault: Brain, Behavior and Memory," Boston Area Rape Crisis Center, Cambridge, Massachusetts. |
| **2015** | Presentation, "Sexual Assault: Brain, Behavior and Memory," Tufts University, Medford, Massachusetts. |
| **2015** | Training, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," One-hour training for the Committee on Discipline (COD), Massachusetts Institute of Technology. |
| **2016** | Presentation, "Harnessing the Seeking, Satisfaction and Embodiment Circuitries in Contemplative Approaches to Trauma," Certified Facilitators Reunion, Trauma Center Trauma-Sensitive Yoga Program, Brookline, Massachusetts. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Cambridge Police Department and Public Health Departments, Cambridge, Massachusetts. |
| **2016** | Two lectures, "Neurobiology of Trauma," Seminar for psychiatry residents of Harvard Medical School's Longwood Residency Training Program. |
| **2016** | Presentation, "Sexual Assault: Brain, Behavior and Memory, and Implications for Trauma-Informed Questioning," The Boston Consortium for Higher Education, Providence, Rhode Island. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," for university community, Massachusetts Institute of Technology, Cambridge, Massachusetts. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," Trauma-Informed Policing Training, Cambridge Police Department and Public Health Departments, Cambridge, Massachusetts. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," Ivy Plus Society, Massachusetts Institute of Technology, Cambridge, Massachusetts. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Cambridge Police Department and Middlesex County District Attorney's Office, Cambridge, Massachusetts. |
| **2016** | Talk, "Sexual Assault: Brain, Experience, Behavior and Memory," Perspectives on Trauma Lecture Series, McLean Hospital, Belmont, Massachusetts. |
| **2017** | Half-day training, "Sexual Assault: Brain, Experience, Behavior and Memory," Bunker Hill Community College, Boston, Massachusetts. |

**EXHIBIT 4**

| | |
|---|---|
| **2017** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Boston Police Department Sexual Assault Unit and Suffolk County District Attorney's Office, Boston, Massachusetts. |
| **2017** | Lecture, "Neurobiology of Complex Trauma," Seminar for psychiatry residents of Harvard Medical School's Longwood Residency Training Program. |
| **2017** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Administration and staff, MassBay Community College, Wellesley, MA. |
| **2017** | Guest lecture, "Mindfulness, Trauma, Healing and Resilience," Mindfulness for Educators course, Harvard University Graduate School of Education. |
| **2017** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Cambridge Police Department and Middlesex County District Attorney's Office, Cambridge, Massachusetts. |
| **2017** | Half-day workshop, "Sexual Assault: Brain, Behavior and Memory," The Boston Consortium for Higher Education, with administrators and police from Boston College, Babson, Brandeis, Suffolk University, etc., Wellesley, Massachusetts. |
| **2017** | Two-hour keynote, "Sexual Assault: Brain, Behavior and Memory," hosted by the Middlesex District Attorney's Office and attended by detectives from more than 25 local police departments and state police units, including Arlington, Ashland, Belmont, Burlington, Carlisle, Dracut, Everett, Holliston, Lexington, Lincoln, Littleton, Lowell, Marlborough, Medford, Melrose, North Reading, Reading, Sherborn, Shirley, Somerville, Stoneham, Sudbury, Tewksbury, Wilmington, Winchester. Woburn, Massachusetts. |
| **2018** | Half-day workshop, "Sexual Assault: Brain, Behavior and Memory," for police and other staff of Stonehill College, Curry College, Wheaton College, and UMass Boston, at Stonehill College. Easton, Massachusetts. |
| **2018** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Cambridge Police Department and Public Health Departments, Cambridge, Massachusetts. |
| **2018** | Grand Rounds, "MDMA-assisted Psychotherapy for PTSD," Harvard South Shore Residency Training Program and VA Boston Healthcare System, Brockton, Massachusetts. |
| **2018** | Presentation, "Sexual Assault: Brain, Experience, Behavior and Memory," Cambridge Police Department and Public Health Departments, Harvard University Police Dept. and Waltham Police Dept., Cambridge, Massachusetts. |
| **2019** | Presentation, "Neurobiology of Trauma," Members of Sexual Assault Response Teams (SART) of Cambridge, Massachusetts and other Boston-area professionals, hosted by the Cambridge Police and Department of Public Health. |
| **2019** | Presentation, "Neurobiology of Trauma," Officers of the Cambridge Police Department and other Boston-area law enforcement, legal, and public health professionals, hosted by the Cambridge Police and Department of Public Health. |

**Regional Presentations**

| | |
|---|---|
| **2005** | Lecture, "Child Abuse-related PTSD, Self-Regulation Deficits and Substance Use in Women." Substance Abuse Seminar Series, Department of Psychiatry, Yale University School of Medicine, New Haven, Connecticut. |
| **2008** | One-day workshop, "Trauma and PTSD: Implications for Getting Accurate Victim Testimony." Annual Sexual Assault Investigative Training for law enforcement officers and prosecutors in the Upper Connecticut River Valley of New Hampshire and Vermont, co-hosted by WISE and the Lebanon Police Department, Lebanon, New Hampshire. |

**EXHIBIT 4**

| | |
|---|---|
| **2009** | Lecture, "The Marijuana High and How It Works: Cognitive and Brain Processes," Neurobiology Lecture Series, Worchester State College, Worchester, Massachusetts. |
| **2009** | Lecture and case conference, "Trauma and Affect Regulation: The Embodied Self, Aversion and Reward," Training Seminar, University Health Services Mental Health Division, University of Massachusetts Amherst. |
| **2014** | Half-day presentation, "Trauma, Neuroscience and Contemplative Interventions: Understanding Key Brain Circuitries in Suffering and Healing," conference sponsored by Sexual Assault Support Services, New Hampshire Psychological Association and Social Workers Association, Portsmouth, New Hampshire. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Memory and Behavior," for Title IX and sexual assault center staff, hosted by Yale University, Connecticut Alliance to End Sexual Violence & CT College Consortium to End Sexual Violence. |
| **2016** | Three-hour presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," for administrators, university police and the community, University of Connecticut. |
| **2016** | Five-hour training, "Sexual Assault: Brain, Experience, Memory and Behavior," University of Connecticut Police Department, Storrs, CT. |
| **2016** | Plenary address, "Sexual Assault: Brain, Experience, Behavior & Memory," Dept. of Higher Education, Executive Office of Safety and Security and Attorney General's Office of the Commonwealth of Massachusetts, Worcester, MA. |
| **2016** | Half-day training, "Neurobiology of Trauma and Sexual Assault," for state police, campus police and high education investigators and victim advocates, New York State Police Academy, Albany, NY. |
| **2016** | Presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," training on child sex trafficking for law enforcement and prosecutors, sponsored by the Massachusetts State Police, Worcester County District Attorney's Office and Molly Bish Center, Anna Maria College, Paxton, MA. |
| **2017** | Two presentations of "Sexual Assault: Brain, Experience, Behavior & Memory," to Board of Directors and senior staff, Phillips Exeter Academy, New Hampshire. |
| **2017** | Three presentations of "Sexual Assault: Brain, Experience, Behavior & Memory," to campus leadership, Title IX and police investigators, university staff and students, UMASS Amherst. |
| **2017** | Workshop, "Sexual Assault: Brain, Experience, Behavior & Memory," 16th Annual Champions for Children Conference, Hyannis, Massachusetts. |
| **2017** | 3-Hour Keynote, "Sexual Assault: Brain, Experience, Behavior & Memory," Conference on Investigations of Crimes Against Persons with a Disability, sponsored by Building Partnerships for the Protection of Persons with Disabilities Initiative with Hampden District Attorney, Holyoke, Massachusetts. |
| **2017** | Keynote, "Sexual Assault: Brain, Experience, Behavior & Memory," Training for Sexual Assault Nurse Examiner Program of the Massachusetts Department of Public Health, Framingham, Massachusetts. |
| **2017** | Presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," Training for obstetrics-gynecology and midwifery students, Baystate Medical Center & UMass Medical School, Springfield, Massachusetts. |
| **2018** | Full-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," for prosecutors, police, victim advocates, SANE nurses and other professionals, hosted by the Vermont State's Attorney's Office, Woodstock, Vermont. |

| | |
|---|---|
| **2018** | Half-day training, "Sexual Assault and the Brain," for police, prosecutors, and victim advocates, hosted by the Berkshire County District Attorney's Office, Williams College, Williamstown, Massachusetts. |

**National Presentations**

| | |
|---|---|
| **2002** | Lecture, "Clinical Implications of Psychophysiology and Neuroimaging Findings in PTSD," 13th Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA. |
| **2004** | Two-day workshop, "Child Abuse and Problems with Self-Regulation: Research and Treatment." Department of Counseling, Idaho State University, Pocatello, Idaho. |
| **2004** | Lecture, "Neurobiology of Trauma," 15th Annual Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA. |
| **2005** | Lecture, "Clinical Implications of Neuroscience Research for the Treatment of Traumatized Adults," 16th Annual Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA. |
| **2006** | Plenary, "Male Sexual Assault Victims: Special Issues." Sexual Assault Response Coordinator Conference, United States Department of Defense Sexual Assault Prevention and Response Office, St. Louis, Missouri. |
| **2006** | Plenary, Dr. Frank Giesber Lecture, "From Posttraumatic Aversion and Addiction to Healing and Love: Brain Processes and Disciplined Practices to Recondition Them." Annual Krost Symposium, Texas Lutheran University, Seguin, Texas. |
| **2008** | Lecture, "The Neurobiology of Trauma," Michigan Victims Assistance Academy, United States Office for Victims of Crime Training and Technical Assistance Center, Ann Arbor, Michigan. |
| **2009** | Plenary, "Male Victims of Sexual Assault: Emotion, Masculinity, and Values." 2nd Annual United States Army Sexual Harassment/Assault Prevention Summit, Arlington, Virginia. |
| **2009** | Panel presentation, "Outcome: Neurobiological Perspectives." Neurobiology panel of the Transforming Trauma Leaders Forum, Garrison Institute, Garrison, New York. |
| **2010** | Workshop (90 minutes), "Discovering Evidence of Trauma / Interviewing for Complex Trauma," with Danalynn Recer, JD, Capital Case Defense Seminar, sponsored by California Attorneys for Criminal Justice and California Public Defenders Association, Monterey, California |
| **2011** | Plenary, "Psychological and Biological Effects of Sexual Assault." 4th Annual United States Army Sexual Harassment/Assault Prevention and Response (SHARP) Summit, Arlington, Virginia. |
| **2012** | Lecture, "Embodiment, Seeking and Trauma: Experience, Psychology, Brain," 23nd Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA. |
| **2013** | Lecture, "Incorporating Mindfulness and Compassion Into Addictions Treatment," Annual Conference on Treating the Addictions, Harvard Medical School, Boston, MA. |
| **2013** | Full-day training, "Trauma, the Brain, and Mental Health Issues," for victim service providers attending Illinois Victim Assistance Academy, hosted by the Office of the Illinois Attorney General. |
| **2013** | Half-day training, "Trauma: Assault, the Brain, and Challenges for Victim Advocates and Prosecutors," joint prosecutor/victim witness staff training, Wisconsin State Prosecutors Education and Training Conference. |

**EXHIBIT 4**

| | |
|---|---|
| **2014** | Training, "Sexual Assault: 'Counter-Intuitive' Behavior, Trial Preparation and Expert Testimony," Two-hour training for Marine Corps Prosecutors, Camp Lejeune, North Carolina. |
| **2014** | Panel presentation and discussion, "Sexual Assault & Victim Response," U.S. Army Sexual Harassment/Assault Response & Prevention (SHARP) Program Summit (Army Chief of Staff and Secretary of the Army attending), Joint Base Andrews, Camp Spring, Maryland. |
| **2014** | Training, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," Two-hour training for Marine Corps Legal Community Training, Camp Lejeune, North Carolina. |
| **2014** | Tele-training, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," Ninety-minute training for Marine Corps Commanders, Investigators and Victim Advocate Staff, Base Quantico, Virginia. |
| **2014** | Tele-Briefing, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses & Behaviors," U.S. Fleet Forces Command, Task Force Flag, Sexual Assault Prevention and Response Executive Steering Committee. |
| **2014** | Presentation, "Neurobiology of Trauma," Annual Children's Justice Conference, Spokane, Washington. |
| **2014** | Presentation, "Effects of Sexual Abuse on Males," Annual Children's Justice Conference, Spokane, Washington. |
| **2014** | Presentation, "Neurobiology of Trauma: Experience, Behavior, Memory," Federal Bureau of Investigation, Office for Victim Assistance, Training Conference for Terrorism/Special Jurisdictions Program, Norman, Oklahoma. |
| **2014** | Presentation, "Outreach to Males Sexually Assaulted in the Service: Foundations, Basics, Next Steps," Inter-Service Male Reporting Working Group, Base Quantico, Virginia. |
| **2014** | Webinar, "Outreach to Males Sexually Assaulted in the Service," for Sexual Assault Response Coordinators on installations around the world, hosted by U.S. Army Sexual Harassment/Assault Response and Prevention (SHARP) Office. |
| **2014** | Presentation, "Neurobiology of Trauma," one-day conference on Intimate Partner Sexual Abuse: The Hidden Dimension of Domestic Violence, Winnebago County Domestic Violence Coordinated Courts, Rockford, Illinois. |
| **2014** | Presentation, "Neurobiology of Trauma," 17th Judicial Circuit Training on Intimate Partner Sexual Violence, Rockford, Illinois. |
| **2015** | One-hour brief, "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood Responses and Memories," for Vice Chief of Naval Operations and VCNO Command Group, The Pentagon. |
| **2015** | Presentation, "Neurobiology of Sexual Assault Trauma," U.S. Navy Sexual Assault Response Program and other Navy staff, Naval Support Facility, Arlington, Virginia. |
| **2015** | Presentation, "Male Sexual Assault Victims: Impact, Challenges, Recommendations," with Russell Strand, U.S. Army Sexual Harassment/Assault Response & Prevention (SHARP) Program Summit, Arlington, Virginia. |
| **2015** | Presentation, "Neurobiology of Trauma: Foundations for Trauma-Informed Investigations and Prosecutions," Pre-Conference Institute, 2015 International Conference on Sexual Assault, Domestic Violence and Campus Responses; End Violence Against Women International, New Orleans, Louisiana. |

**EXHIBIT 4**

| | |
|---|---|
| **2015** | Presentation, "Trauma, Brain, Memory and Behavior," Dept. of Interior, Office of Law Enforcement and Security, Victims' Rights and Services: Train the Trainer Program, Phoenix, Arizona. |
| **2015** | One-day training, "Sexual Assault: Brain, Experience and Behavior," for police officers, victim advocates, university staff and other professionals, Virginia Commonwealth University, Richmond, Virginia. |
| **2015** | One-day training, "Sexual Assault: Brain, Experience and Behavior," for police officers, victim advocates, university staff and other professionals, University of California at Berkeley. |
| **2015** | One-day training, "Rape Victim Trauma," for detectives and victim advocates, Memphis Police Department, Memphis, Tennessee. |
| **2015** | Webinar, "Harnessing Key Brain Circuitries in Contemplative Approaches to Healing Sexual Trauma," for clinicians in Veteran Administration facilities around the country, hosted by V.A.'s Military Sexual Assault (MST) Response Team. |
| **2016** | Opening plenary, "The Impact of Trauma on Brain, Behavior and Memory," Continuing Education Legal Workshop of the National Association of College and University Administrators, Nashville, Tennessee. |
| **2016** | One-day training, "Neurobiology of Trauma, Addiction & Recovery: Mindfulness, Compassion & Yoga," for clinical supervisors in worldwide Navy addictions treatment centers, U.S. Navy and Danya International, San Diego, California. |
| **2016** | Two three-hour presentations, "Sexual Assault: Brain, Experience, Memory and Behavior," for Commanders, CID investigators, SHARP staff and entire community, Fort Drum Army Base, New York. |
| **2016** | Panel presentation, "Short- and Long-term Impacts of Sexual Assault on Male Survivors," hosted by Army SHARP, The Pentagon. |
| **2016** | Panel presentation, "Male Victims of Sexual Assault: Short- and Long-term Impacts," hosted by Marine Corps Sexual Assault Prevention & Response Program, Base Quantico. |
| **2016** | Plenary address, "Contemplative Practices for Trauma: Harnessing the Brain's Healing Capacities," 10th annual conference, Meditation and Psychotherapy, Harvard Medical School, Boston, Massachusetts. |
| **2016** | Half-day training, "Sexual Assault: Brain, Experience, Memory and Behavior," for police, victim advocates, district attorney's office, etc., hosted by Esther House of Stanly County, Concord, North Carolina. |
| **2016** | Workshop, "Mindfulness-Oriented Interventions for Trauma," 27th Annual International Conference on Psychological Trauma, Boston University School of Medicine, Boston, MA. |
| **2016** | 1.5-day training, "The Biology and Psychology of Sexual Assault, and Implications for Reprisal Investigations," Sexual Assault Reprisal Investigators and Supervisors, Office of Inspector General, Dept. of Defense, Alexandria, VA. |
| **2016** | Half-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," for police, attorneys, victim advocates, higher education and military professionals, hosted by Maryland Coalition Against Sexual Assault (MCASA), Gambrills, MD. |
| **2016** | Half-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," hosted by Summit Country Prosecutor's Office, Akron, Ohio. |
| **2016** | Two 90-minute webinars, "Neurobiology of Sexual Assault, Part 1: Experience & Behavior," and "Neurobiology of Sexual Assault, Part 2: Memory," hosted by End Violence Against Women International (www.evawintl.org/WebinarArchive.aspx). |

| | |
|---|---|
| **2016** | Full-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," hosted by Indiana Coalition to End Sexual Assault, Indianapolis, Indiana. |
| **2016** | Two-hour presentation and Q & A, "Neurobiology of Sexual Assault Trauma," for military, civilian and educational professionals, hosted by U.S. Army SHARP Academy, Fort Leavenworth, Kansas. |
| **2016** | Three two-hour presentations, "The Neurobiology of Trauma and Sexual Assault Trauma," for administrators, clinical staff, campus police, and students, University of Chicago. |
| **2017** | Plenary, "The Trauma-Informed Response: Understanding the Neurobiology of Trauma," Criminal Justice Conference on Sexual Assault, sponsored by Louisiana Dept. of Justice and Louisiana District Attorneys Assoc., New Orleans. |
| **2017** | 90-minute presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," for commanders and other leaders, Sexual Assault Response Coordinators and victim advocates of the 704th, 780th and 902nd Military Intelligence Brigades, Fort Meade, Maryland. |
| **2017** | 3-hour presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," sponsored by the New York City Alliance Against Sexual Assault and the NYU Student Health Center, attended by staff of local universities, Assistant District Attorneys from New York County and the Bronx, and detectives of the NYPD. |
| **2017** | Half-day workshops, "Sexual Assault: Brain, Experience, Behavior & Memory," and "Neurobiology of Trauma Recovery: Mindfulness, Compassion & Yoga," Tennessee Sexual Assault Training Institute: Healing Sexual Trauma and Fostering Communities of Wellness, Nashville, TN. |
| **2017** | 2.5-hour presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," Louisiana District Attorneys Association 40th Annual Conference, Destin, Florida. |
| **2017** | Two full-day trainings, "Sexual Assault: Brain, Experience, Behavior & Memory," sponsors included NY Department of Public Health, Chiefs of Police Association, and SUNY Office of General Counsel, Rochester and Albany New York . |
| **2017** | Half-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," New York County District Attorney's Office, New York, NY. |
| **2017** | 90-minute presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," and 90-minute panel. Sexual Assault Response Team Training, III Corps and Fort Hood, attended by senior commanders. Killeen,Texas. |
| **2017** | Keynote, "Sexual Assault: Brain, Experience, Behavior & Memory," and two 90-minute workshops on male victims of sexual abuse and contemplative methods in trauma treatment. Annual Safe at Home Conference of The Child Advocacy Center of Niagara, Niagara Falls, NY. |
| **2018** | Full-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," for campus police, higher education administrators and investigators, tribal police, district attorneys, nurses, and other professionals, hosted by the New York State Police Campus Sexual Assault Victims Unit and the Child Advocacy Center of Clinton County. Plattsburgh, NY. |
| **2018** | Keynote addresses, "Sexual Assault: Brain, Experience, Behavior & Memory," and "Contemplative Methods in Trauma Treatment: Brain Bases and Interventions," Courage Conference: Hope and Healing for the Traumatized Child, hosted by Solano Courage Center 2, Fairfield, CA. |
| **2018** | Full-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," for victim advocates, investigators, prosecutors, and nurses, hosted by Sexual Assault Services of Lutheran Social Services and Racine Country Sexual Assault Response Team. Racine, Wisconsin. |

**EXHIBIT 4**

| | |
|---|---|
| **2018** | Two-hour presentation, "Sexual Assault: Brain, Experience, Behavior & Memory," Special Victims' Counsel Course, Judge Advocate General's School, Maxwell Air Force Base, Alabama. |
| **2018** | Half-day training, "Sexual Assault: Brain, Experience, Behavior & Memory," New York City Department of Education. |
| **2018** | 1.5-day training, "The Biology and Psychology of Sexual Assault, and Implications for Reprisal Investigations," Sexual Assault Reprisal Investigators and Supervisors, Office of Inspector General, Dept. of Defense, Alexandria, VA. |
| **2018** | 3-hour keynote, "Sexual Assault: Brain, Experience, Behavior & Memory," and breakout session, "Perpetrators of Sexual Violence: Realities and Opportunities," Beyond Compliance Conference hosted by Indian Coalition to End Sexual Assault, Indianapolis, IN. |
| **2019** | Presentation, "Neurobiology of Trauma: Science-Related Comments on Its History and Future," for panel on "Neurobiology of Trauma: The Gifts and Limits of Training for Professionals," End Violence Against Women International conference on Sexual Assault, Intimate Partner Violence, and Increasing Access, San Diego, California. |
| **2019** | Half-day training, "The Neurobiology of Trauma: Understanding How the Brain Responds to an Attack," for New York City sex crimes prosecutors, hosted by the NY State Justice Center for the Protection of People with Special Needs, New York, NY. |
| **2019** | Half-day training, "The Neurobiology of Trauma: Understanding How the Brain Responds to an Attack," for Westchester County police, prosecutors, and victim advocates, hosted by the NY State Justice Center for the Protection of People with Special Needs, PACE Women's Justice Center, and Westchester County District Attorney's Office, PACE Law School Judicial Institute, White Plains, NY. |
| **2019** | 3-hour training, "The Brain Under Attack: Understanding Impacts on Experience, Behavior, and Memory," for police, prosecutors, victim advocates and other professionals, hosted by the Battered Women's Justice Project, West Palm Beach, Florida. |
| **2019** | Half-day training, "The Neurobiology of Trauma," for the 21st Summer College for Upstate New York prosecutors, hosted by the NY Prosecutor's Training Institute and the NY State Justice Center for the Protection of People with Special Needs, Syracuse Law School, Syracuse, NY. |
| **2019** | 3-hour training, "The Neurobiology of Trauma," for "Trauma to Trial: Investigating and Prosecuting Adult Non-Stranger Sexual Assault," hosted by the Virginia Commonwealth's Attorneys' Services Council, Staunton, Virginia. |
| **2019** | 2.5-hour presentation, "The Neurobiology of Trauma," for a conference hosted by the Fort Wayne Mayor's Commission on Domestic Violence, Sexual Harassment, and Rape, Fort Wayne, Indiana. |
| **2019** | 2.25-hour presentation, "Sexual Assault: Brain, Experience, Behavior, Memory," and 1-hour Q & A panel, for the Fall Judges' Conference, State of Nebraska Judicial Branch, Omaha, Nebraska. |
| **2019** | Two 90-minute presentations, "Sexual Assault: Brain, Experience, Behavior, Memory," 24th Annual Family Violence Task Force, Seminar for Judges, Rochester, NY and New York, NY. |
| **2019** | 100-minute presentation, "Neurobiology of Trauma," New Jersey Judicial College Newark, NJ. |

**International Presentations**

| | |
|---|---|
| **2007** | Plenary, "Ecological Momentary Assessment in Substance Abuse Research." NIDA International Forum, Technological Innovations to Build International Research Capacity, Quebec City, Canada. |
| **2008** | Lecture, "Reconditioning Traumatized Minds and Brains: Parallels between Neuroscience and Buddhism." Bi-annual conference in "Brain, Mind and Body: Trauma, Neurobiology, and the Healing Relationship," School of Medicine and Dentistry, University of Western Ontario, London, Canada. |
| **2012** | Workshop (full day), "Neuroscience, Mindfulness & Yoga for Transforming Trauma," Summer Institute on Men, Trauma and Change, Canada's National Training Program for Service Providers Who Work With Male Survivors of Sexual Trauma, Ottawa, Canada. |
| **2014** | Workshop (two-day), "Understanding Trauma, Transforming Trauma," The Men's Project Summer Institute, Ottawa, Canada. |
| **2015** | Workshop (half day), "Sexual Assault: Normal and Brain-based, but Commonly Misunderstood, Responses and Memories," Collective Impact II, Conference for Victim Service Providers and Police, Hosted by Halton Regional Police Department, Burlington, Ontario, Canada. |
| **2015** | Workshop (full day), "Trauma and the Brain: Acute Impacts, Potential Long-term Effects, and Pathways to Healing and Happiness," 37th Annual Ontario Association of Consultants, Counsellors, Psychometrists, and Psychotherapists (OACCPP) Conference, Toronto, Canada. |
| **2015** | Presentation, "How Fear and Trauma Can Alter Brain Functioning During a Sexual Assault," One-day Neurobiology of Trauma seminar for police, prosecutors and victim service providers, hosted by Halton Regional Police Service Victim Services Unit, Oakville, Ontario, Canada. |
| **2016** | Full-day training and evening presentation, "Understanding Trauma and Transforming Suffering," hosted by Sault Area Hospital, Sault Saint Marie, Canada. |
| **2017** | Half-day training, "Unique Effects of Sexual Abuse on Boys and Men," Sexual Violence and Harassment Action Plan Conference, hosted by Ontario Police College, Toronto, Canada. |
| **2019** | Half-day training, "Sexual Assault: Brain, Behavior and Memory," Northern Ontario Human Trafficking Conference, hosted by North East Region OPP, Greater Sudbury Police Service, North Bay Police Service and Sudbury and Area Victim Services, Sudbury, Ontario, Canada. |
| **2019** | Two half-day trainings, "Sexual Assault: Brain, Behavior and Memory," and "Child Abuse: Complexities of Memory and Types of Abuse," for the diploma course, "The rights of children and adolescents victims of sexual crimes and the judicial system," attended by police, prosecutors, judges, ministry officials and other professionals, hosted by Fundación Amparo y Justicia and Pontifical Catholic University of Chile, Santiago, Chile. |

## Clinical Activities

### Current Licensure

| | |
|---|---|
| 2000- | Clinical Psychologist, Massachusetts License 7763-PR |

**Practice Activities**

Consultation       Arlington, Massachusetts
                   Small consulting practice focused on helping people identify treatment
                   options for complex trauma related to child abuse and assault.

## Scholarship

### Peer Reviewed Publications

1. Lisak D, **Hopper J**, Song P. Factors in the cycle of violence: Gender rigidity and emotional constriction. J Trauma Stress 1996;9:721-743.

2. Lisak D, Conklin A, **Hopper J**, Miller P, Altschuler L, Smith B. The Abuse-Perpetration Inventory: Development of an assessment instrument for research on the cycle of violence. Family Viol Sexual Assault Bull 2000;16:21-30.

3. **Hopper JW**, van der Kolk BA. Retrieving, assessing, and classifying traumatic memories. J Aggression, Maltreatment, Trauma 2001;4:33-71.

4. Osterman JE, **Hopper J**, Heran WJ, Keane TM, van der Kolk BA. Awareness under anesthesia and the development of posttraumatic stress disorder. Gen Hosp Psychiatry 2001;4:198-204.

5. van der Kolk BA, **Hopper JW**, Osterman JE. Exploring the nature of traumatic memory. J Aggression, Maltreatment, Trauma 2001;4:9-31.

6. Lanius RA, Williamson PC, **Hopper JW**, Boksman K, Densmore M, Gupta MA, Neufeld RWJ, Gati JS, Menon R. Recall of emotional states in posttraumatic stress disorder: An fMRI investigation. Biol Psychiatry 2003;53:204-210.

7. Lanius RA, **Hopper JW**, Menon RS. Individual differences in a husband and wife who developed PTSD after a motor vehicle accident: A functional MRI case study. Am J Psychiat 2003;160:667-669.

8. Sack M, **Hopper JW**, Lamprecht F. Low respiratory sinus arrhythmia and prolonged psychophysiological arousal in PTSD: Heart rate dynamics and individual differences in arousal regulation. Biol Psychiatry 2004;55:284-290.

9. **Hopper JW**, Karlsgodt KH, Adler CM, Macklin EA, Lukas SE, Elman I. Effects of acute cortisol and cocaine administration on attention, recall and recognition task performance in individuals with cocaine dependence. Hum Psychopharmacol 2004;19:1-6.

10. **Hopper JW**, Spinazzola J, Simpson WB, van der Kolk BA. Preliminary evidence for parasympathetic influence on basal heart rate in posttraumatic stress disorder. J Psychosom Res 2006;60:83-90.

11. **Hopper JW**, Su Z, Looby AR, Ryan ET, Penetar DM, Palmer CM, Lukas SE. Incidence and patterns of polydrug use and craving for ecstasy in regular ecstasy users: An ecological momentary assessment study. Drug Alcohol Depend 2006;85:221-235.

12. van der Kolk BA, Spinazzola J, Blaustein M, **Hopper J**, Hopper E, Korn D, Simpson W. A randomized clinical trial of EMDR, fluoxetine and pill placebo in the treatment of PTSD: Treatment effects and long-term maintenance. J Clin Psychiatry 2007;68:37-46.

13. **Hopper JW**, Frewen PA, Sack M, Lanius RA, van der Kolk BA. The Responses to Script-Driven Imagery Scale (RSDI): Assessment of state posttraumatic symptoms for psychobiological and treatment research. J Psychopathol Behav Assess 2007;20:249-268.

14. **Hopper JW**, Frewen PA, van der Kolk BA, Lanius RA. Neural correlates of reexperiencing, avoidance, and dissociation in PTSD: Symptom dimensions and emotion dysregulation in responses to script-driven trauma imagery. J Trauma Stress 2007;22:713-725.

15. Frewen PA, Lanius RA, Dozois DJA, Neufeld RWJ, Pain C, **Hopper JW**, Densmore M, Steven TK. Clinical and neural correlates of alexithymia in PTSD. J Abnorm Psychol 2008;117:171-181.

16. **Hopper JW**, Pitman RK, Zhaohui S, Heyman GM, Lasko NB, Macklin LM, Orr SP, Lukas SE, Elman IE. Probing reward function in posttraumatic stress disorder: Expectancy and satisfaction with monetary gains and losses. J Psychiatr Res 2008;42:802-807.

17. Sack M, Cillien M, **Hopper JW**. Acute dissociation and cardiac reactivity to script-driven imagery in trauma-related disorders. Eur J Psychotraumatol 2012; 17419.

**Invited Editorial**

1. **Hopper JW**. Values and visions for the field of psychological trauma, from brain to re-moralization and social transformation. J Trauma Dissociation 2020;21:279-292

**Book**

1. Follette VM, Briere J, Rozelle D, **Hopper JW**, & Rome DI (Eds). *Mindfulness-oriented interventions for trauma: Integrating contemplative methods.* NY: Guilford Press, 2014.

**Book Chapters**

1. **Hopper JW.** Harnessing the seeking, satisfaction and embodiment circuitries in contemplative approaches to healing trauma. In VM Follette, J Briere, D Rozelle, JW Hopper & DI Rome (Eds.), *Mindfulness-oriented interventions for trauma: Integrating contemplative methods* (pp. 185-209)*.* NY: Guilford Press, 2014.

2. Phillips J, **Hopper JW**. Intensive Vipassana meditation practice: An intervention with promise for traumatized prisoners. In VM Follette, J Briere, D Rozelle, JW Hopper & DI Rome (Eds.), *Mindfulness-oriented interventions for trauma: Integrating contemplative methods* (pp. 329-342)*.* NY: Guilford Press, 2014.

3. **Hopper, JW.** Brain circuits, brain apps, cultural software and the inner worlds of sexually abused males: A new framework for understanding, healing and happiness. In RB Gartner (Ed.)*, Understanding the sexual betrayal of boys and men* (pp. 134-169)*.* NY: Routledge, 2017.

**Articles in the Press**

1. **Hopper, JW,** Lisak, D. Why rape and trauma survivors have fragmented and incomplete memories. *Time.com*, December 2014.

2. **Hopper, JW.** Why many rape victims don't fight or yell. *Washington Post, Grade Point,* July 2015.

3. **Hopper, JW.** How reliable are the memories of sexual assault victims? *Scientific American,* September 28, 2018.

4. **Hopper, JW.** Why can't Christine Blasey Ford remember how she got home? *Scientific American,* October 5, 2018.

**Blog**

1. Sexual Assault and the Brain, *Psychology Today*.
   https://www.psychologytoday.com/blog/sexual-assault-and-the-brain