**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
LOUISETTE GEISS *et al.*, individually and on behalf of all others similarly situated,

                Plaintiffs,

      v.

THE WEISTEIN COMPANY HOLDINGS, LLC, *et al.*,

                Defendants.

Civil Action No.: 17-cv-09554 (AKH)

JILL DOE, individually and on behalf of all others similarly situated,

                Plaintiffs,

      v.

THE WEINSTEIN COMPANY HOLDINGS, LLC, *et al.*,

                Defendants.

Civil Action No.: 19-cv-3430 (AKH)

------------------------------------------------------------X

## **DECLARATION OF DOUGLAS H. WIGDOR**

I, Douglas H. Wigdor, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.     I am a Partner at the law firm Wigdor LLP, attorneys for Rowena Chiu, Wedil David, Dominique Huett, Zelda Perkins, Kaja Sokola, and Tarale Wulff in connection with their objections to the proposed class settlement.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the email correspondence dated December 19, 2019 between myself and proposed class counsel.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 13, 2020
      New York, New York

                                                            Douglas H. Wigdor