# Exhibit A



**From:** Elizabeth A. Fegan <beth@hbsslaw.com>
**Sent:** Wednesday, December 19, 2018 2:49 PM
**To:** Douglas Wigdor <dwigdor@wigdorlaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>; Kevin Mintzer <km@mintzerfirm.com>; Laura Schnell <lschnell@eisenbergschnell.com>; Genie Harrison <genie@genieharrisonlaw.com>; tgiuffra@rheingoldlaw.com; jherman@hermanlaw.com; Aaron G. Filler, Esq. <afiller@tensorlaw.com>
**Subject:** Re: Weinstein - settlement

Doug,

We will ask for no more than 20% in fees on the net after the trade and individual plaintiff payments.

Beth

On Dec 19, 2018, at 12:24 PM, Douglas Wigdor <dwigdor@wigdorlaw.com> wrote:

> Dear Steve,
>
> I think you have quite a few options at your disposal.  You haven't disclosed what you plan to request in fees – do you care to share that?  Have you given any thought to telling the mediator that you can't do $60mm and get some more money for all of the other victims rather than just accept the first proposal made?
>
> ---
>
> **From:** Steve Berman [mailto:Steve@hbsslaw.com]
> **Sent:** Wednesday, December 19, 2018 1:17 PM
> **To:** Douglas Wigdor; Elizabeth A. Fegan; Kevin Mintzer; Laura Schnell; Genie Harrison; tgiuffra@rheingoldlaw.com; jherman@hermanlaw.com; Aaron G. Filler, Esq.
> **Subject:** RE: Weinstein - settlement
>
> ## So our option is to accept 60m and bring

## you in on a channeling injunction and you can object

Steve Berman | **Hagens Berman Sobol Shapiro LLP** | Direct: (206) 268-9320

**From:** Douglas Wigdor <dwigdor@wigdorlaw.com>
**Sent:** Wednesday, December 19, 2018 10:10 AM
**To:** Elizabeth A. Fegan <beth@hbsslaw.com>; Kevin Mintzer <km@mintzerfirm.com>; Laura Schnell <lschnell@eisenbergschnell.com>; Genie Harrison <genie@genieharrisonlaw.com>; tgiuffra@rheingoldlaw.com; jherman@hermanlaw.com; Aaron G. Filler, Esq. <afiller@tensorlaw.com>
**Cc:** Steve Berman <Steve@hbsslaw.com>
**Subject:** RE: Weinstein - settlement

Dear Beth,

I have communicated with our entire group and I can report that our position has not changed. Our group already made considerable concessions when we unilaterally agreed to come to $1mm per claimant and made it very clear that we would not be able to move further.

I can confirm, therefore, that we will agree to settle this matter as per the conditions of our proxy – the terms of which are set forth in my email to you dated December 11.


**Douglas H. Wigdor**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

dwigdor@wigdorlaw.com
www.wigdorlaw.com

<image001.png><image002.png> <image003.jpg> <image004.png> <image005.png> <image006.png> <image007.jpg>

This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately

2

destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.





4