UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
LOUISETTE GEISS, et al.,                    :
                                                    :   **ORDER REGULATING**
                            Plaintiffs,        :   **PROCEEDINGS**
    v.                                            :
                                                    :   17 Cv. 9554 (AKH)
THE WEINSTEIN COMPANY HOLDINGS LLC, :
et al.,                                                 :
                                                    :
                            Defendants.    :
                                                    :
------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court is in receipt of briefs in support of and in opposition to the motion for preliminary approval, ECF No. 333, which is scheduled to be heard during a telephonic proceeding tomorrow, July 14, 2020, at 10:00 a.m., *see* ECF No. 335.  The order and time limits for speakers at tomorrow's hearing will be as follows:

1. Elizabeth A. Fegan and Steve W. Berman, on behalf of Plaintiffs Louisette Geiss, Sarah Ann Thomas (a/k/a Sarah Ann Masse), Melissa Thompson, Melissa Sagemiller, Nannette May (f/k/a Nannette Klatt), Katherine Kendall, Caitlin Dulany, Larissa Gomes, and Jill Doe: 15 minutes

2. Elior Shiloh, on behalf of Defendant Harvey Weinstein: 5 minutes

3. Paul Zumbro, on behalf of The Weinstein Company Holdings LLC: 5 minutes

4. Sandra Pullman and Louisa Irving, on behalf of the New York State Office of the Attorney General: 5 minutes

5. Douglas Wigdor, on behalf of Rowena Chiu, Wedil David, Dominique Huett, Zelda Perkins, Kaja Sokola, and Tarale Wulff: 5 minutes

6. John Clune, on behalf of Plaintiff Zoe Brock: 2 minutes

2

       7.  Thomas P. Giuffra, on behalf of Alexandra Canosa: 2 minutes

       8.  John R. Cuti, on behalf of Miriam Haley: 2 minutes

The above being all who filed papers supporting or objecting to the settlement, there will be no other speakers. **Parties and non-parties are reminded to mute their telephones unless invited to speak on the record.**

SO ORDERED.

Dated:    July 13, 2020               /s/ Alvin K. Hellerstein
           New York, New York      ALVIN K. HELLERSTEIN
                                          United States District Judge