UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                  :
LOUISETTE GEISS, et al.,                   :
                                                  :    **ORDER DENYING MOTION**
                         Plaintiffs,       :    **FOR PRELIMINARY**
          v.                                        :    **APPROVAL**
                                                  :
THE WEINSTEIN COMPANY HOLDINGS LLC, :    17 Cv. 9554 (AKH)
et al.,                                                :
                                                 :
                       Defendants.    :
                                                 :
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

        As stated on the record at today's hearing, the motion for preliminary approval of the class action settlement (ECF No. 333) is denied. A memorandum decision will follow setting out reasons. Furthermore, the motions regarding the regulation of the preliminary approval process (ECF Nos. 334, 344) are denied as moot. The Clerk is directed to close the open motions (ECF Nos. 333, 334, 344).

        SO ORDERED.

Dated:      July 14, 2020                             /s/ Alvin K. Hellerstein
               New York, New York                  ALVIN K. HELLERSTEIN
                                                               United States District Judge