UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
LOUISETTE GEISS, et al.,                                       :
                                                               :   **ORDER STRIKING DOCUMENT**
                                        Plaintiffs,            :
             v.                                                :   17 Cv. 9554 (AKH)
                                                               :
THE WEINSTEIN COMPANY HOLDINGS LLC,                            :
et al.,                                                        :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties' settlement communications during the course of mediation are privileged and inadmissible.  *See* Fed. R. Evid. 408; *In re Teligent, Inc.*, 640 F.3d 53, 57-58 (2d Cir. 2011); *Bernard v. Galen Grp., Inc.*, 901 F. Supp. 778, 782-84 (S.D.N.Y. 1995).  They may not be the subject of argument.  The section in the objections of Chiu, et al., treating the "History of Negotiations," pages 21-24, shall be stricken.

      The Clerk is instructed to strike the document, ECF No. 339, from the docket.  Counsel for Chiu, et al., shall refile the Objections without the offending paragraphs or other discussion of the substance of negotiations.

      SO ORDERED.

Dated:    July 14, 2020                    /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                                          United States District Judge