UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
LOUISETTE GEISS, et al.,                                       :
                                                               :   **ORDER REGULATING**
                                   Plaintiffs,                 :   **PROCEEDINGS**
           v.                                                  :
                                                               :   17 Cv. 9554 (AKH)
THE WEINSTEIN COMPANY HOLDINGS LLC,                            :
et al.,                                                        :
                                                               :
                                   Defendants.                 :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference previously scheduled for August 21, 2020 is adjourned to August 28, 2020 at 10:00 a.m. The conference will be held telephonically via the following call-in number:

        Call-in number: 888-363-4749

        Access code: 7518680

To ensure that the conference proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Not later than August 26, 2020 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear at the conference. In that correspondence, counsel shall specify the phone numbers from which they expect to call in to the conference.

        SO ORDERED.

Dated:    August 20, 2020                /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge