UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, MELISSA SAGEMILLER, NANNETTE KLATT, KATHERINE KENDALL, ZOE BROCK, CAITLIN DULANY, LARISSA GOMES, and JANE DOE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, MIRAMAX FILM NY LLC, THE WALT DISNEY COMPANY, DISNEY ENTERPRISES, INC., BUENA VISTA INTERNATIONAL, INC., HARVEY WEINSTEIN, ROBERT WEINSTEIN, DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JEFF SACKMAN, JAMES DOLAN, MICHAEL EISNER, IRWIN REITER, DAVID GLASSER, FRANK GIL, RICK SCHWARTZ, FABRIZIO LOMBARDO, MARK GILL, NANCY ASHBROOKE, MIRAMAX DOES 1-10, TALENT AGENCY DOES 1-100, and JOHN DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 1:17-cv-09554-AKH<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon all prior pleadings and proceedings herein, and the accompanying Memorandum of Law, the undersigned will move this Court, on a date to be determined by the Court, for an Order granting entry of a final judgment pursuant to Fed. R. Civ. P. 54(b) with respect to Plaintiff Zoe Brock.

1

Dated: August 24, 2020

                                              Respectfully Submitted,

                                              */s/ Daniel D. Williams*
                                              Daniel D. Williams
                                              John C. Clune
                                              Hutchinson Black and Cook, LLC
                                              921 Walnut Street, Suite 200
                                              Boulder, CO  80302
                                              Phone:  (303) 442-6514
                                              williams@hbcboulder.com

## **CERTIFICATE OF SERVICE**

I, Daniel D. Williams, an attorney, affirm that the foregoing was filed on this day on ECF, which automatically served all counsel of record.

Dated: August 24, 2020

                                                Respectfully Submitted,

                                                */s/ Daniel D. Williams*
                                                Daniel D. Williams
                                                Hutchinson Black and Cook, LLC
                                                921 Walnut Street, Suite 200
                                                Boulder, CO  80302
                                                Phone:  (303) 442-6514
                                                williams@hbcboulder.com