UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
LOUISETTE GEISS, et al.,                        :
                                                :
                Plaintiff,                      :      SCHEDULING ORDER
                                                :
        -v-                                     :      17 Civ. 9554 (AKH)
                                                :
                                                :
                                                :
THE WEINSTEIN COMPANY HOLDINGS LLC,             :
et al.,                                         :
                                                :
                                                :
                Defendant.                      :
------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Parties are hereby ordered to appear for oral argument on February 4, 2021 at 10:00 am, on the open motion, ECF No. 383. The oral argument will be held via the following call-in number:

       **Call-in number: 888-363-4749**

       **Access code: 7518680**

     To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the argument.

     Finally, no later than February 2, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

     SO ORDERED.

Dated:   January 25, 2021           _____/s/_____
          New York, New York          ALVIN K. HELLERSTEIN
                                                     United States District Judge