UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
LOUISETTE GEISS, et al.,                                     :
                                                             :
                                       Plaintiffs,           :   ORDER
                                                             :
              -v-                                            :   17 Civ. 9554 (AKH)
                                                             :
                                                             :
                                                             :
THE WEINSTEIN COMPANY HOLDINGS LLC,                          :
et al.,                                                      :
                                                             :
                                                             :
                                       Defendants.           :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

In response to Defendant Weinstein's Motion to Compel Discovery Responses, ECF No. 383, Plaintiffs are hereby ordered to produce the requested documents by February 5, 2021. This case is independent from the action in Bankruptcy Court and must proceed on its own timeline. The oral argument, currently scheduled February 4, 2021, is hereby cancelled. The Clerk is instructed to terminate the open motion, ECF No. 383.

SO ORDERED.

Dated:   January 28, 2021            _____/s/_____
         New York, New York                  ALVIN K. HELLERSTEIN
                                             United States District Judge