UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, et al., individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,<br><br>    Defendants. | No. 1:17-cv-09554-AKH<br><br>Hon. Alvin K. Hellerstein |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiffs, Louisette Geiss, Sarah Ann Thomas (a/k/a Sarah Ann Masse), and Melissa Thompson, by and through their undersigned attorneys, will move this Court, on a date to be determined by the Court, to stay the case pending filing of the bankruptcy plan effective date notice and the reasons set out in the accompanying Motion.

Dated: February 6, 2021                    Respectfully submitted,

                                                             By: */s/ Lynn A. Ellenberger*
                                                             Lynn A. Ellenberger
                                                             FEGAN SCOTT LLC
                                                             500 Grant Street, Suite 2900
                                                             Pittsburgh, Pennsylvania 15219
                                                             Tel: (412) 346-4104
                                                             lynn@feganscott.com

                                                             Elizabeth A. Fegan
                                                             FEGAN SCOTT LLC
                                                             150 S. Wacker Dr., 24th Floor
                                                             Chicago, Illinois 60606
                                                             Tel: (312) 741-1019

beth@feganscott.com

Steve W. Berman
Shelby Smith
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Whitney K. Siehl
HAGENS BERMAN SOBOL
SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
Tel:  (708) 628-4949
whitneys@hbsslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Lynn A. Ellenberger, an attorney, affirm that the foregoing was filed on this day on ECF, which automatically served all counsel of record.

Dated: February 6, 2021                                    Respectfully submitted,

                                                                     By:  */s/Lynn A. Ellenberger*
                                                                           Lynn A. Ellenberger