LAW OFFICES OF

# Aidala, Bertuna & Kamins, P.C.

ARTHUR L. AIDALA
MARIANNE E. BERTUNA
HON. BARRY KAMINS (RET.)
JOHN S. ESPOSITO
MICHAEL T. JACCARINO
IMRAN H. ANSARI
ANDREA M. ARRIGO
DIANA FABI SAMSON

———
SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

546 FIFTH AVENUE
NEW YORK, NY 10036

TELEPHONE: (212) 486-0011
FACSIMILE: (212) 750-8297

WWW.AIDALALAW.COM

8118-13TH AVENUE
BROOKLYN, NEW YORK 11228
TEL: (718) 238-9898
FAX: (718) 921-3292

———
OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

February 8, 2021

So ordered,
/s/
Alvin K. Hellerstein
2/9/21

Re:     **_Geiss v. The Weinstein Company et al._, No. 17-cv-9554 (S.D.N.Y.)**

Dear Judge Hellerstein,

    Pursuant to Rule 4(B)(ii) of Your Honor's Individual Practices, Defendant Harvey Weinstein ("Mr. Weinstein") respectfully requests permission to file under seal a letter from his physician in support of Mr. Weinstein's Motion to Stay his deposition. As grounds therefor, the letter contains Mr. Weinstein's confidential health information and describes his current medical conditions. Mr. Weinstein will file a redacted version of his physician's letter to the public docket.

Respectfully Submitted,

_/s/ Imran H. Ansari_
Imran H. Ansari, Esq.

CC:    All Counsel of Record (via ECF)

Encl:  Letter of Imran H. Ansari, Esq.
       Letter of William Cole, M.D.