**FEGAN SCOTT, LLC**
500 GRANT ST., SUITE 2900
PITTSBURGH, PA 15219
(412) 346.4104

**AIDALA, BERTUNA & KAMINS, PC**
546 Fifth Avenue, 6th Floor
New York, NY 10036
(212) 486-0011

February 12, 2021

**Via ECF & Facsimile: 212-805-7942**
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

Re: *Geiss v. The Weinstein Company et al.,* No. 17-cv-9554 (S.D.N.Y.)

Dear Judge Hellerstein:

In the event the stay of the above matter is lifted, Plaintiff Melissa Thompson and Defendant Harvey Weinstein, pursuant to this Court's order dated February 9, 2021 (ECF 399), advise this Court that Melissa Thompson's deposition will occur on March 30, 2021, and Harvey Weinstein's deposition will occur on March 31, 2021 (subject to, and without Defendant's waiver of, the Court's decision on Defendant's motion to stay or adjourn [ECF 397/398]).

Respectfully submitted,

*/s/ Lynn A. Ellenberger*
Lynn A. Ellenberger
FEGAN SCOTT, LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Phone: 412.346.4104
lynn@feganscott.com

and

*/s/ Imran H. Ansari*
Imran H. Ansari
Aidala, Bertuna & Kamins PC
546 Fifth Avenue, 6th Floor
New York, NY  10036
Phone: 212.468.0011
iansari@aidalalaw.com

Cc    Counsel of Record (via ECF)