UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------- x
LOUISETTE GEISS, et al.,                               :
                                                       :
                                    Plaintiffs,        :      **ORDER**
                                                       :
                  -v-                                  :      17 Civ. 9554 (AKH)
                                                       :
                                                       :
THE WEINSTEIN COMPANY HOLDINGS LLC,                    :
et al.,                                                :
                                                       :
                                                       :
                                    Defendants.        :
-------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

   In response to Plaintiff Thompson's Motion to Seal and Motion for Sanctions, ECF No.

402, I find that Weinstein's submission of February 8, 2021, ECF No. 396, is replete with

scandalous matter, unnecessary to the case.  The court does not need to be persuaded by such

material as to the appropriateness of a deposition of Melissa Thompson.  The Clerk shall strike

ECF No. 402 from the docket but retain the summary docket text for the record.  The Clerk shall

terminate the open motion, ECF No. 402.


     SO ORDERED.

Dated:  February 16, 2021    _____/s/_____
     New York, New York     ALVIN K. HELLERSTEIN
               United States District Judge