UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LOUISETTE GEISS, et al.,

                           Plaintiffs,

    -v-

THE WEINSTEIN COMPANY HOLDINGS LLC, et al.,

                           Defendants.
---------------------------------------------------------------- x

**ORDER CLARIFYING ORDER**

17 Civ. 9554 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Further to my order, ECF No. 406, the Clerk shall strike ECF No. 396 from the docket but retain the summary docket text for the record, and remove the strike from ECF No. 402.

    SO ORDERED.

Dated:    February 18, 2021        _____/s/_____
             New York, New York           ALVIN K. HELLERSTEIN
                                                         United States District Judge