UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,<br><br>Defendants. | No. 1:17-cv-09554-AKH<br><br>Hon. Alvin K. Hellerstein |

**STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**

Plaintiffs Louisette Geiss, Sarah Ann Thomas (a/k/a Sarah Ann Masse), and Melissa Thompson (collectively, "Plaintiffs") and Defendant Harvey Weinstein hereby stipulate to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with leave to reinstate within 120 days with tolling should the Sexual Misconduct Claims Fund not be disbursed in the bankruptcy proceeding, *In re: The Weinstein Company Holdings LLC*, No. 18-10601 (MFW) (Bankr. D. Del.). If the Sexual Misconduct Claims Fund is distributed or 120 days expire without reinstatement, whichever is earlier, the dismissal will be with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated: March 19, 2021

By: _____
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Tel: (312) 741-1019
beth@feganscott.com

Respectfully submitted,

By: _____
Imran H. Ansari
AIDALA, BERTUNA & KAMINS PC
546 Fifth Avenue – Sixth Floor
New York, NY 10036
Tel: (212) 486-0011
iansari@aidalalaw.com

- 1 -

Lynn A. Ellenberger
FEGAN SCOTT LLC
500 Grant St., Suite 2900
Pittsburgh, PA  15219
Tel: (412) 346-4104
lynn@feganscott.com

Steve W. Berman
Shelby Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
Tel:  (708) 628-4949
whitneys@hbsslaw.com

Nathaniel A. Tarnor
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017
Tel: (646) 543-4992
Fax: (917) 210-3980
nathant@hbsslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on this day on ECF, which automatically served all counsel of record.

Dated: March 19, 2021                               Respectfully submitted,

                                                    By: /s/ Elizabeth A. Fegan
                                                    Elizabeth A. Fegan