UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
LOUISETTE GEISS, et al.,

                                Plaintiffs,

            -v-

THE WEINSTEIN COMPANY HOLDINGS LLC,
et al.,

                                Defendants.
---------------------------------------------------------------- x

**ORDER CLOSING CASE**

17 Civ. 9554 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On October 31, 2018, ten Plaintiffs, Zoe Brock, Caitlin Dulany, Louisette Geiss, Larissa Gomes, Katherine Kendall, Nannette Klatt, Melissa Sagemiller, Sarah Ann Thomas, Melissa Thompson, and Jane Doe, individually and on behalf of a class, filed an Amended Complaint, against Harvey Weinstein ("H. Weinstein"), his former companies, and certain officers and directors of those companies. Am. Compl., ECF No. 140. On April 18, 2019, I granted Defendants' Motion to Dismiss in part, and dismissed with prejudice seventeen of the eighteen counts. ECF No. 278. The sole remaining claim was brought by Plaintiffs Geiss, Thomas, and Thompson against Defendant Harvey Weinstein, alleging sex trafficking in violation of the Trafficking Victims Protection Act.

       On March 19, 2021, Plaintiffs Geiss, Thomas, and Thompson, and Defendant Harvey Weinstein filed a stipulation of voluntary dismissal without prejudice, with leave to reinstate the action within 120 days with tolling in the event that the Sexual Misconduct Claims Fund approved in the bankruptcy proceeding, *In re: The Weinstein Company Holdings LLC,* No. 18-10601 (MFW) (Bankr. D. Del.) are not disbursed. ECF No. 410. As all other claims were

previously dismissed, this case is hereby dismissed without prejudice, with leave to reinstate the action within 120 days with tolling if the Claims Fund are not distributed.  The Clerk is hereby instructed to terminate civil case 17-cv-9554, and any open motions therein.

        SO ORDERED.

Dated:     March 22, 2021                 __/s/_Alvin K. Hellerstein _
             New York, New York         ALVIN K. HELLERSTEIN
                                                 United States District Judge