**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LOUISETTE GEISS, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,<br>           Defendants. | Case No. 1:17-cv-09554-AKH<br><br>Hon. Alvin K. Hellerstein |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Zoe Brock, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order, Document 278, Order and Opinion Denying in Part and Granting in Part Defendants' Motions to Dismiss, entered in this action on the April 18, 2019.

Dated: April 21, 2021

Respectfully Submitted,

           */s/ John C. Clune*
John C. Clune
Daniel D. Williams
Hutchinson Black and Cook, LLC
921 Walnut Street, Suite 200
Boulder, CO  80302
Phone:  (303) 442-6514
clune@hbcboulder.com
williams@hbcboulder.com

## **CERTIFICATE OF SERVICE**

      I, John C. Clune, an attorney, affirm that the foregoing was filed on this day on ECF, which automatically served all counsel of record.

      Dated: April 21, 2021

                                                                       */s/ John C. Clune*
                                                                       John C. Clune