UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISETTE GEISS, SARAH ANN THOMAS (a/k/a SARAH ANN MASSE), MELISSA THOMPSON, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,<br><br>      Defendants. | No. 1:17-cv-09554-AKH<br><br>Hon. Alvin K. Hellerstein |

**STIPULATION TO EXTEND PERIOD OF REINSTATEMENT
AFTER VOLUNTARY DISMISSAL WITHOUT PREJUDICE
<u>PURSUANT TO FED. R. CIV. P. 41(a)(1)</u>**

Plaintiffs Louisette Geiss, Sarah Ann Thomas (a/k/a Sarah Ann Masse), and Melissa Thompson (collectively, "Plaintiffs") and Defendant Harvey Weinstein hereby stipulate to extend by an additional 150 days from July 20, 2021, to December 17, 2021, as the period of reinstatement of this action.  The Parties hereby state as follows:

WHEREAS, on March 19, 2021, the undersigned Parties filed a stipulation of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with tolling and with leave to reinstate within 120 days in the event the Sexual Misconduct Claims Fund approved by the bankruptcy court in *In re: The Weinstein Company Holdings LLC*, No. 18-10601 (MFW) (Bankr. D. Del.) is not disbursed.  ECF 410.

WHEREAS, on March 22, 2021, this Court entered an Order Closing Case, dismissing this case without prejudice with leave to reinstate within 120 days with tolling if the Claims Fund is not distributed.  ECF 411.  One hundred and twenty days from this Court's order is July 20, 2021.

- 1 -

WHEREAS, the Plaintiffs have filed claims pursuant to the Sexual Misconduct Claims Fund. However, they have been advised by the Claims Examiner that funds will not be disbursed until later this year.

WHEREAS, in order to protect Plaintiffs' rights, the Parties agree to extend by 150 days, or until December 17, 2021, the deadline to reinstate this case in the event that the Claims Fund is not disbursed.

WHEREAS, the parties agree that each party shall bear their own costs and attorneys' fees.

AND NOW THEREFORE THE PARTIES HEREBY STIPULATE AS FOLLOWS:

The parties shall have on or before December 17, 2021, to reinstate this action in the event the Claims Fund is not distributed, and such time period will be with tolling and with each party to bear their own costs and attorneys' fees.

Dated: June 29, 2021

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Tel: (312) 741-1019
beth@feganscott.com

Lynn A. Ellenberger
FEGAN SCOTT LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Tel: (412) 346-4104
lynn@feganscott.com

Steve W. Berman
Shelby Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com

Respectfully submitted,

By:  /s/ Imran H. Ansari
Imran H. Ansari
AIDALA, BERTUNA & KAMINS PC
546 Fifth Avenue – Sixth Floor
New York, NY 10036
Tel: (212) 486-0011
iansari@aidalalaw.com

shelby@hbsslaw.com

Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive
Suite 2410
Chicago, Illinois 60611
Tel:  (708) 628-4949
whitneys@hbsslaw.com

Nathaniel A. Tarnor
HAGENS BERMAN SOBOL SHAPIRO LLP
555 Fifth Avenue
Suite 1700
New York, NY 10017
Tel: (646) 543-4992
Fax: (917) 210-3980
nathant@hbsslaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Elizabeth A. Fegan, an attorney, affirm that the foregoing was filed on this day on ECF, which automatically served all counsel of record.

Dated: June 29, 2021                    Respectfully submitted,

                                                  By: */s/ Elizabeth A. Fegan*
                                                      Elizabeth A. Fegan