# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of August, two thousand twenty-one.

Before:     José A. Cabranes,
               *Circuit Judge.*

_____

Katherine Kendall, et al.,

    Plaintiffs - Appellants,

v.

The Weinstein Company Holdings LLC, et al.,

    Defendants – Appellees.

_____

**ORDER**

Docket Nos. 21-1007(L), 21-1011(Con)

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: **August 16, 2021** |

    Appellants move the Court to hold this appeal in abeyance until their claims are resolved, but no later than September 30, 2021.

    IT IS HEREBY ORDERED that the motion is GRANTED, on consent.

                                      For the Court**:**
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/16/2021