**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:17-cv-09554-AKH

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty-one.

_____

Katherine Kendall, individually and on behalf of all others similarly situated, et al.,

    Plaintiffs - Appellants,

v.

The Weinstein Company Holdings LLC, et al,

    Defendants – Appellees.

_____

**ORDER**

Docket Nos. 21-1007(L), 21-1011(CON)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 01 2021
```

Appellants move to voluntarily dismiss the above-captioned appeals. Appellees do not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/01/2021