UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LOUISETTE GEISS, et at.,

               Plaintiffs,

- against -

THE WEINSTEIN COMPANY HOLDINGS, LLC, et al.,

               Defendants.
-----------------------------------------------------------------x

No. 17 Civ. 09554 (AKH)

**PROPOSED ORDER OF ATTORNEY WITHDRAWAL**

        **IT IS HEREBY ORDERED THAT**, attorney Lorie Almon, an attorney with the law firm of Seyfarth Shaw LLP, is hereby withdrawn as counsel for defendant The Weinstein Company Holdings, LLC.  Seyfarth Shaw LLP still remains as counsel for defendant The Weinstein Company Holdings, LLC.  The clerk is hereby directed to remove Ms. Lorie Almon from the Court docket and designate her status as terminated.

Dated:  November 3, 2021
       New York, New York

                                           */s/ Lorie Almon*
                                           Seyfarth Shaw LLP
                                           620 Eighth Avenue
                                           New York, New York  10018
                                           (212) 218-5500
                                           lalmon@seyfarth.com
                                           Attorneys for Defendant

SO ORDERED.

/s/ Alvin K. Hellerstein
_____
Honorable Alvin K. Hellerstein
United States District Judge

    November 4, 2021